USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/'09

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE AND EMPLOYMENT RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION | Master File No. 09 MD 2058 (DC)<br><br>CLASS ACTION<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |
| This document relates to:<br>All Securities Actions | Case No. 09 Civ. 0580 (DC) |

Upon the motion of Sharan Nirmul, Co-Lead Counsel for the Lead Plaintiffs and the Proposed Class, and said sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Richard A. Russo, Jr. |
| Firm Name: | Barroway Topaz Kessler Meltzer & Check, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | rrusso@btkmc.com |

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs and the Proposed Class in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 7/30/09

Denny Chin, U.S. District Judge