# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

LAWRENCE PORTNOY
212 450 4874
LAWRENCE.PORTNOY@DAVISPOLK.COM

DEC 04 2009

December 3, 2009

Re: *In re Bank of America Corp. Securities, Derivative, and ERISA Litigation* (Derivative Actions), Master File No. 09 MDL 2058 (DC)

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/09

Dear Judge Chin:

Our firm represents the following current and former directors and officers of Bank of America Corporation as individual defendants in the consolidated derivative action which is included in the above-captioned MDL proceeding: Kenneth D. Lewis, J. Steele Alphin, Keith T. Banks, Teresa Brenner, Amy Woods Brinkley, Neil A. Cotty, Gregory Curl, Timothy Mayopoulos, Thomas Montag, Brian T. Moynihan, Joe L. Price, William Barnet, III, Frank P. Bramble, Sr., John T. Collins, Gary L. Countryman, Tommy R. Franks, Charles K. Gifford, Monica C. Lozano, Walter E. Massey, Thomas J. May, Patricia E. Mitchell, Thomas M. Ryan, O. Temple Sloan, Jr., Meredith R. Spangler, Robert L. Tillman and Jackie M. Ward (collectively, the "Individual Bank of America Defendants"). Under the scheduling stipulation that Your Honor ordered on June 30, 2009, defendants' motions to dismiss the consolidated derivative complaint are due on December 8, 2009.

We write to request leave of the Court to file a memorandum of law of up to 60 pages (instead of the 25-page limit provided in Your Honor's rules) in support of the motion to dismiss being made by the Individual Bank of America Defendants, with an additional submission on behalf of defendant Thomas Montag not to exceed ten pages.

The consolidated derivative complaint includes 361 numbered paragraphs of allegations, spans 144 pages and purports to set forth six claims for relief against the defendants listed above, including both derivative claims and a direct claim on behalf of shareholders of Bank of America. We believe that submitting

one memorandum on behalf of the Individual Bank of America Defendants (and the brief submission on behalf of Mr. Montag, addressing issues not presented by the other defendants listed above) is more efficient than filing separate memoranda on behalf of each defendant or each category of defendants in this group. We do not believe it is practical to address in 25 pages all of the arguments in support of dismissal of the consolidated derivative complaint that we plan to assert on behalf of these defendants, including that the complaint (i) fails to show that plaintiffs are excused from the requirement of making a pre-suit demand on the Bank of America board of directors with respect to derivative claims and (ii) fails to state a claim under Rule 12(b)(6).

In addition to the memoranda that we plan to submit on behalf of the Individual Bank of America Defendants, we understand that Sullivan & Cromwell LLP plans to submit a memorandum not to exceed 25 pages on behalf of defendants J.C. Flowers & Co. LLC and Fox-Pitt Kelton Cochran Caronia Waller (USA) LLC. Cravath, Swaine & Moore LLP plans to submit a memorandum not to exceed 25 pages on behalf of defendants who are former independent directors of Merrill Lynch & Co., Inc. Richards Kibbe & Orbe LLP plans to submit a memorandum not to exceed 10 pages on behalf of defendant Nelson Chai. Willkie Farr & Gallagher LLP and Richards Kibbe & Orbe LLP plan to submit a joint memorandum not to exceed 10 pages on behalf of defendants Peter Stingi and Michael Ross. Dechert LLP plans to submit a memorandum not to exceed 10 pages on behalf of defendant John Thain. Firms representing other defendants in the consolidated derivative action may also be submitting memoranda on behalf of their clients.

Lead counsel for plaintiffs in the consolidated derivative action have consented to the relief we request, on the understanding that plaintiffs in turn be allowed to file a memorandum in opposition to the joint submission of the Individual Bank of America Defendants not to exceed 60 pages, and that the customary 25-page limit shall govern plaintiffs' memoranda in opposition to any other defendants' submissions (both without prejudice to plaintiffs' right to apply later for additional pages on a showing of good cause therefore).

We thank Your Honor for your consideration.

*[Handwritten note: The proposed page limits for both sides, as set forth above, are approved. SO ORDERED. [signature] USDJ 12/7/09]*

Very truly yours,

Lawrence Portnoy

cc: All Counsel, by email (as per Service List)

Davis Polk & Wardwell LLP

# SERVICE LIST

Robert N. Kaplan, Esq.
Fredric S. Fox, Esq.
Joel B. Strauss, Esq.
Donald R. Hall, Esq.
Hae Sung Nam, Esq.
Melinda Rodon, Esq.
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022
*rkaplan@kaplanfox.com*
*ffox@kaplanfox.com*
*jstrauss@kaplanfox.com*
*dhall@kaplanfox.com*
*hnam@kaplanfox.com*
*mrodon@kaplanfox.com*

Max W. Berger, Esq.
Steven B. Singer, Esq.
Gerald H. Silk, Esq.
Hannah G. Ross, Esq.
Boaz A. Weinstein, Esq.
Ann Lipton, Esq.
John J. Rizio-Hamilton, Esq.
Katherine M. Sinderson, Esq.
BERNSTEIN, LITOWITZ, BERGER &
GROSSMAN LLP
1285 Avenue of the Americas
New York, New York 10019
*mwb@blbglaw.com*
*steven@blbglaw.com*
*jerry@blbglaw.com*
*hannah@blbglaw.com*
*boaz@blbglaw.com*
*ann@blbglaw.com*
*johnr@blbglaw.com*
*katherinem@blbglaw.com*

Gregory M. Castaldo, Esq.
David Kessler, Esq.
Sean M. Handler, Esq.
Darren J. Check, Esq.
Sharan Nirmul, Esq.
Jennifer L. Joost, Esq.
Richard A. Russo, Jr., Esq.
BARROWAY TOPAZ KESSLER MELTZER &
CHECK LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
*gcastaldo@btkmc.com*
*dkessler@btkmc.com*
*shandler@btkmc.com*
*dcheck@btkmc.com*
*snirmul@btkmc.com*
*jkeeney@btkmc.com*
*rrusso@btkmc.com*

*Plaintiffs' Lead Counsel for Consolidated Securities Class Action*


Robert I. Harwood, Esq.
Peter W. Overs, Jr., Esq.
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, New York 10022
*rharwood@hfesq.com*
*povers@hfesq.com*

Lee Squitieri, Esq.
SQUITIERI & FEARON, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
*lee@sfclasslaw.com*

Steve W. Berman, Esq.
Andrew M. Volk, Esq.
Nick Styant-Browne, Esq.
HAGENS BERMAN STOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
*steve@hbsslaw.com*
*andrew@hbsslaw.com*
*nick@hbsslaw.com*

*Plaintiffs' Lead Counsel for Consolidated ERISA Action*


Lewis Kahn, Esq.
Albert M. Myers, Esq.
Kevin Oufnac, Esq.
KAHN SWICK & FOTI LLC
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
*lewis.kahn@kgscounsel.com*
*albert.myers@kgscounsel.com*
*kevin.oufnac@kgscounsel.com*

Michael Swick, Esq.
12 East 41st Street, 12th Floor
New York, New York 10017
*michael.swick@kgscounsel.com*

Maya Saxena, Esq.
Joseph E. White III, Esq.
Christopher S. Jones, Esq.
Lester R. Hooker, Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, Florida 33431
*msaxena@saxenawhite.com*
*jwhite@saxenawhite.com*
*cjones@saxenawhite.com*
*lhooker@ saxenawhite.com*

*Plaintiffs' Lead Counsel for Consolidated Derivative Action*

Peter C. Hein, Esq.
Eric M. Roth, Esq.
Andrew C. Houston, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
*pchein@wlrk.com*
*emroth@wlrk.com*
*achouston@wlrk.com*

Mitchell A. Lowenthal, Esq.
Lewis J. Liman, Esq.
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006-1470
*mlowenthal@cgsh.com*
*lliman@cgsh.com*

Robert D. Joffe, Esq.
Richard W. Clary, Esq.
Julie A. North, Esq.
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
*rjoffe@cravath.com*
*rclary@cravath.com*
*jnorth@cravath.com*

Stuart Baskin, Esq.
Adam S. Hakki, Esq.
Herbert S. Washer, Esq.
Terence Gilroy, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
*sbaskin@shearman.com*
*ahakki@shearman.com*
*herbert.washer@shearman.com*
*terence@gilroy@shearman.com*

4

Andrew Levander, Esq.
David Hoffner, Esq.
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
*andrew.levander@dechert.com*
*david.hoffner@dechert.com*

Jennie Boehm Krasner
DECHERT LLP
P.O. Box 5218
Princeton, New Jersey 08540
*jennie.krasner@dechert.com*

Gary W. Kubek, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
*gwkubek@debevoise.com*

Richard C. Pepperman II, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
*peppermanr@sullcrom.com*

Richard D. Bernstein, Esq.
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
*rbernstein@willkie.com*

Daniel C. Zinman, Esq.
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281-1003
*dzinman@rkollp.com*


*Attorneys for Defendants*