```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-31-10
```



**LAW OFFICES OF**
**CURTIS V. TRINKO, LLP**
16 WEST 46TH STREET
7TH FLOOR
NEW YORK, NEW YORK 10036
TELEPHONE (212) 490-9550

FAX No. (212) 986-0158
EMAIL: CTRINKO@TRINKO.COM

August 31, 2010

**BY HAND**

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

**MEMO ENDORSED**

Re:   In Re Bank Of America Corp. Securities, Derivative, And
      Employee Retirement Income Security Act (ERISA) Litigation,
      Civil Action No. 09 MD 2058 (PKC)

Dear Judge Castel:

We are the Liaison Counsel for the Plaintiffs in the Derivative Action in the above-referenced multi-district litigation pending before your Honor.

Pursuant to the Court's Order of May 19, 2010 (MDL Docket #279), as amended by the Court's Order of June 22, 2010 (MDL Docket #289), and further amended by the Court's Order of July 6, 2010 (MDL Docket #291), Plaintiffs' Counsel in the Derivative Litigation are to file an amended Derivative Complaint to solely include allegations regarding the citizenship of the Financial Advisors on Wednesday, September 1, 2010.

In the Court's Memorandum And Order concerning the Derivative Action in the above-referenced litigation, dated August 27, 2010 (MDL Docket #303), the Court determined that the Derivative Plaintiffs may file a motion to amend within 20 days, which motion will be submitted with a proposed Amended Complaint.

Hon. P. Kevin Castel                                                                                     August 31, 2010

Page 2

      In order to promote filing efficiencies, and to lessen any confusion that may arise from multiple filings within a short date of each other, Derivative Plaintiffs respectfully request that the aforesaid filing deadline for the amended Derivative Complaint to solely include allegations regarding the citizenship of the Financial Advisors be extended up to the aforesaid deadline for the Derivative Plaintiffs to file a motion to amend, which motion will be submitted with a proposed Amended Complaint, on Thursday, September 16, 2010. *[granted]*

                                                  Respectfully submitted,

                                                Curtis V. Trinko

CVT/jl

cc:   (Via Email)
       Derivative Defendants' Counsel
       Derivative Plaintiffs' Counsel

*Granted*

SO ORDERED.
P. KEVIN CASTEL, U.S.D.J.
8-31-10