UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
IN RE BANK OF AMERICA CORP.     :   Master File No. 09 MD 2058 (PKC)
SECURITIES, DERIVATIVE, AND     :
EMPLOYEE RETIREMENT INCOME      :   ECF CASE
SECURITY ACT (ERISA) LITIGATION :
                                :
                                :
------------------------------- x
                                :
THIS DOCUMENT RELATES TO:       :
                                :
The Consolidated Securities Action :
                                :
------------------------------- x

## DECLARATION OF GREGORY M. CASTALDO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

I, Gregory M. Castaldo, declare as follows:

1.  I am a member in good standing of the bars of the State of Pennsylvania and State of New Jersey, and I am admitted to practice *pro hac vice* in this Action by Order dated July 30, 2009 (Dkt. # 22). I am a partner in the law firm of Kessler Topaz Meltzer & Check, LLP. I submit this Declaration in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.  Attached as Exhibits 1 through 9 are true and correct copies of the following documents:

    Exhibit 1:   September 26, 2011 Rebuttal Report of Chad Coffman.

    Exhibit 2:   August 29, 2011 Expert Report of Chad Coffman.

    Exhibit 3:   January 9, 2009 handwritten notes of meeting with then-Treasury Secretary Henry Paulson.

Exhibit 4:  Bernstein Litowitz Berger & Grossmann LLP Firm Resume.

Exhibit 5:  Kaplan Fox & Kilsheimer LLP Firm Resume.

Exhibit 6:  Kessler Topaz Meltzer & Check, LLP Firm Resume.

Exhibit 7:  September 16, 2011 Expert Report of Professor Allen Ferrell, Ph.D.

Exhibit 8:  October 27, 2008 *New York Times* news article entitled "*Firms still setting aside billions for bonuses*."

Exhibit 9:  September 26, 2011 Expert Report of Professor Stephen J. Choi, Ph.D.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this seventeenth day of October, 2011.

        **KESSLER TOPAZ MELTZER & CHECK, LLP**

By:  */s/ Gregory M. Castaldo*
    **KESSLER TOPAZ MELTZER & CHECK, LLP**
    280 King of Prussia Road
    Radnor, PA 19087
    Tel:  (610) 667-7706
    Fax:  (610) 667-7056

*Attorneys for Plaintiffs*