UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE AND
EMPLOYEE RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION

---

THIS DOCUMENT RELATES TO:
CONSOLIDATED SECURITIES ACTION

ECF CASE

Master File No. 09 MDL 2058 (PKC)

**ORDER FOR
ADMISSION *PRO HAC VICE*
ON WRITTEN MOTION**

Upon the motion of Maureen P. Reid for Defendant Joe L. Price and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jeremy I. Levin |
| Firm Name: | Baker Botts L.L.P. |
| Address: | 1299 Pennsylvania Avenue, NW |
| City/State/Zip: | Washington, DC 20004-2400 |
| Phone Number: | (202) 639-7734 |
| Fax Number: | (202) 585-1029 |
| E-mail: | jeremy.levin@bakerbotts.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-22-11

is admitted to practice *pro hac vice* as counsel for Defendant Joe L. Price in the above-captioned Consolidated Securities Action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) system password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 11-22-11

The Honorable P. Kevin Castel
United States District Judge