UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE, AND
EMPLOYMENT RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION,

Master File No. 09 MDL 2058 (PKC)

-----------------------------------------------------------X

THIS DOCUMENT RELATES TO

Graber, et al. v. Bank of America Corp., et al.

ECF CASE

Related File No. 11-cv-7070 (PKC)

CERTIFICATE OF SERVICE

-----------------------------------------------------------X

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 16th day of January 2011, I have caused service of the Notice of Appearance; Statement Pursuant to Federal Rule of Civil Procedure 7.1; and the Answer to Complaint, to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

Dated: New York, New York
       December 19, 2011

_____
Richard V. Conza