**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE BANK OF AMERICA CORP. :
SECURITIES, DERIVATIVE, AND : Master File No. 09 MD 2058 (PKC)
EMPLOYEE RETIREMENT INCOME :
SECURITY ACT (ERISA) LITIGATION : ECF CASE
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO: :
:
The Consolidated Securities Action :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF STEVEN B. SINGER
### IN SUPPORT OF LEAD PLAINTIFFS'
### MOTION FOR PARTIAL SUMMARY JUDGMENT

I, STEVEN B. SINGER, hereby declare as follows:

1. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, Co-Lead Counsel for Lead Plaintiffs. I respectfully submit this Declaration in support of Lead Plaintiffs' Motion for Partial Summary Judgment.

2. Attached hereto are true and correct copies of the following:

| Exhibit | Description |
|---|---|
| 1 | Excerpts from Deposition Transcript of John A. Thain, dated March 22, 2012. |
| 2 | Excerpts from Deposition Transcript of Kenneth D. Lewis, dated March 27, 2012. |
| 3 | Plaintiffs' Exhibit 277 (BAC-502-WLRK 00012898-903). |
| 4 | Excerpts from Deposition Transcript of Jeffrey J. Brown, dated February 15, 2012. |
| 5 | Excerpts from Deposition Transcript of Gregory M. Curl, dated January 22, 2012. |
| 6 | Excerpts from Deposition Transcript of David M. Belk, dated January 27, 2012. |

| Exhibit | Description |
|---------|-------------|
| 7 | Excerpts from Deposition Transcript of Gregory J. Fleming, dated February 23, 2012. |
| 8 | Plaintiffs' Exhibit 564 (BAC-ML-CL00487850-852). |
| 9 | Plaintiffs' Exhibit 51 (UR-BAC-ML-NYAG00003747-761). |
| 10 | Excerpts from Deposition Transcript of Charles K. Gifford, dated December 8, 2011. |
| 11 | Plaintiffs' Exhibit 197 (BAC-ML-NYAG00017725-747). |
| 12 | Bank of America Corp. Press Release, dated September 15, 2008 (BAC-ML-NYAG10069116-120). |
| 13 | Plaintiffs' Exhibit 568 (BAC-SEC-LIT00177201-218). |
| 14 | Plaintiffs' Exhibit 584 (BAC-ML-NYAG00309887-899). |
| 15 | Excerpts from Joint Definitive Proxy Statement filed by Bank of America Corp. and Merrill Lynch & Co., Inc., filed November 3, 2008. |
| 16 | Excerpts from Deposition Transcripts of Neil A. Cotty, dated March 15-16, 2012. |
| 17 | Excerpts from Deposition Transcripts of Joe L. Price, dated April 5-6, 2012. |
| 18 | Plaintiffs' Exhibit 235 (BAC-ML-NYAG10003552-555). |
| 19 | Plaintiffs' Exhibit 135 (UR-BAC-ML-DE00009948-950). |
| 20 | Plaintiffs' Exhibit 238 (BAC-ML-NYAG 80088736-742). |
| 21 | Excerpts from Merrill Lynch & Co., Inc. 2006 Annual Report on Form 10-K, filed February 26, 2007. |
| 22 | Excerpts from Merrill Lynch & Co., Inc. Quarterly Report on Form 10-Q, filed May 6, 2008 (BAC-ML-NYAG60001988, -989, -993). |
| 23 | Excerpts from Merrill Lynch & Co., Inc. Quarterly Report on Form 10-Q, filed August 5, 2008 (BAC-ML-NYAG00478400, -403). |
| 24 | Plaintiffs' Exhibit 227 (BAC-ML-NYAG00013122). |
| 25 | Plaintiffs' Exhibit 244 (BAC-ML-NYAG00435356-401; and native file). |
| 26 | Plaintiffs' Exhibit 12 (BAC-ML-NYAG70303319-462). |

| Exhibit | Description |
|---|---|
| 27 | Excerpts from Plaintiffs' Exhibit 390 (BAC-502-WLRK 00058429, -430, -434, -435). |
| 28 | Excerpts from Deposition Transcript of Brian Moynihan, dated March 9, 2012. |
| 29 | Plaintiffs' Exhibit 397 (BAC-502-WLRK 00002131-133). |
| 30 | Plaintiffs' Exhibit 274 (BAC-ML-NYAG70144492-493). |
| 31 | Plaintiffs' Exhibit 543 (BAC-ML-NYAG00817459). |
| 32 | Excerpts from Plaintiffs' Exhibit 278 (Excerpts from Merrill Lynch & Co., Inc. Quarterly Report on Form 10-Q, filed November 5, 2008). |
| 33 | Excerpts from Plaintiffs' Exhibit 279 (Excerpts from Merrill Lynch & Co., Inc. 2008 Annual Report on Form 10-K, filed February 24, 2009). |
| 34 | Plaintiffs' Exhibit 351 (BAC-ML-NYAG00799879). |
| 35 | Plaintiffs' Exhibit 272 (BAC-ML-NYAG00867191-192). |
| 36 | Plaintiffs' Exhibit 613 (BAC-ML-NYAG70031827). |
| 37 | Plaintiffs' Exhibit 317 (BAC-ML-NYAG00867185-187). |
| 38 | Plaintiffs' Exhibit 314 (BAC-ML-NYAG10034288). |
| 39 | Excerpts from Bank of America Corp. Pricing Supplement No. 62 (to Prospectus dated May 5, 2006 and Prospectus Supplement dated April 10, 2008), filed December 1, 2008 (BAC-ML-NYAG70142657, -702). |
| 40 | Plaintiffs' Exhibit 177 (BAC-ML-NYAG10007939-941). |
| 41 | Plaintiffs' Exhibit 13 (BAC-ML-NYAG00899138-139). |
| 42 | Plaintiffs' Exhibit 282 (BAC-ML-NYAG00898594). |
| 43 | Plaintiffs' Exhibit 566 (BAC-ML-NYAG10016111-116). |
| 44 | Plaintiffs' Exhibit 11 (BAC-ML-NYAG10006600-613). |
| 45 | Plaintiffs' Exhibit 567 (BAC-ML-NYAG 80003755-795). |
| 46 | Bank of America Corp. Press Release, dated December 5, 2008 (BofA Securities Lit. FITCH00000256-263). |

| Exhibit | Description |
|---|---|
| 47 | Plaintiffs' Exhibit 75 (BAC-502-WLRK 00000925-992). |
| 48 | Excerpts from Deposition Transcript of Timothy Mayopoulos, dated March 30, 2012. |
| 49 | Excerpts from Plaintiffs' Exhibit 96 (Congressional Testimony of Timothy Mayopoulos, dated November 17, 2009). |
| 50 | Excerpts from Deposition Transcript of Nicholas Demmo, dated March 5, 2012. |
| 51 | Plaintiffs' Exhibit 388 (BAC-502-WLRK 00001412-416). |
| 52 | Excerpts from Deposition Transcript of Eric M. Roth, dated February 16, 2012. |
| 53 | Excerpts from Deposition Transcript of Garrett Moritz, dated March 16, 2012. |
| 54 | Plaintiffs' Exhibit 599 (BAC-ML-NYAG-502-00001116-117). |
| 55 | Plaintiffs' Exhibit 121 (BAC-502-WLRK 00005297-455). |
| 56 | Plaintiffs' Exhibit 276 (WLRKa00000771-844). |
| 57 | Excerpts from Bank of America Corp. 2008 Annual Report on Form 10-K, filed February 27, 2009 (BofA Securities Lit. FITCH00000765, -788, -790). |
| 58 | Plaintiffs' Exhibit 438 (BOG-BAC-ML-COGR000172-176). |
| 59 | Plaintiffs' Exhibit 104 (BAC-ML-NYAG-502-00000938-939). |
| 60 | Plaintiffs' Exhibit 447 (BOD-BAC-ML-COGR-00094-101). |
| 61 | Bank of America Corp. Press Release filed on Form 8-K, dated January 16, 2009. |
| 62 | Transcript, "Breaking the Bank," PBS FRONTLINE, dated June 16, 2009. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of June, 2012 in New York, New York.

/s/ *Steven B. Singer*
Steven B. Singer

4