UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
IN RE BANK OF AMERICA CORP.                       :   Master File No. 09 MD 2058 (PKC)
SECURITIES, DERIVATIVE, AND                       :
EMPLOYEE RETIREMENT INCOME                        :   ECF CASE
SECURITY ACT (ERISA) LITIGATION                   :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
THIS DOCUMENT RELATES TO:                         :
                                                  :
The Consolidated Securities Action                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


# DECLARATION OF HANNAH G. ROSS
# IN SUPPORT OF PLAINTIFFS'
# OMNIBUS OPPOSITION TO DEFENDANTS'
# MOTIONS FOR SUMMARY JUDGMENT

I, HANNAH G. ROSS, hereby declare as follows:

1. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, Co-Lead Counsel for Plaintiffs. I respectfully submit this Declaration in Support of Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment.

2. Attached hereto are true and correct copies of the following:

| **Exhibit** | **Description** |
|---|---|
| 1 | Excerpts from the Deposition of Gregory Curl, dated January 22, 2012 |
| 2 | Plaintiffs' Exhibit 94 (Bank of America Corp. Form 8-K, filed September 18, 2008) |
| 3 | Plaintiffs' Exhibit 139 (BAC-ML-NYAG00000280-UR-301-UR) |
| 4 | Excerpts from the Deposition of John Thain, dated March 22, 2012 |

| Exhibit | Description |
|---|---|
| 5 | Plaintiffs' Exhibit 534 (John Thain's Remarks to Wharton Business School entitled "It's Unfortunate That the American Dream Has Been Demonized") |
| 6 | Excerpts from the Deposition of Gregory Fleming, dated February 23, 2012 |
| 7 | Plaintiffs' Exhibit 279 (Merrill Lynch & Co., Inc. 2008 Annual Report on Form 10-K, filed February 24, 2009) |
| 8 | Plaintiffs' Exhibit 560 (BAC-ML-NYAG00000111-131) |
| 9 | Excerpts from the Deposition of Peter Stingi, dated March 23, 2012 |
| 10 | Plaintiffs' Exhibit 608 (BAC-502-SS-R 00002702-C-712-C) |
| 11 | Plaintiffs' Exhibit 51 (UR-BAC-ML-NYAG00003747-761) |
| 12 | Excerpts from Deposition of Tommy Franks in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated October 17, 2009 |
| 13 | Excerpts from the Deposition of Kenneth Lewis, dated March 27, 2012 |
| 14 | Joint Definitive Proxy filed by Bank of America Corp. and Merrill Lynch & Co., Inc., filed November 3, 2008 |
| 15 | Bank of America Corp. Press Release, dated September 15, 2008 (BAC-ML-NYAG10069116-120) |
| 16 | Plaintiffs' Exhibit 584 (BAC-ML-NYAG00309887-899) |
| 17 | Plaintiffs' Exhibit 138 (BAC-ML-NYAG00400443-534) |
| 18 | Excerpts from the Deposition of Jeffrey Crandall, dated January 12, 2012 |
| 19 | Excerpts from the Deposition of Nicholas Demmo, dated March 5, 2012 |
| 20 | Excerpts from the Deposition of Jeffrey Crandall in *SEC v. Bank of America*, dated November 30, 2009 |

| Exhibit | Description |
|---|---|
| 21 | Excerpts from the Deposition of Rosemary Berkery in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated September 23, 2009 |
| 22 | Excerpts from the Deposition of John Thain in *SEC v. Bank of America*, dated November 4, 2009 |
| 23 | Excerpts from the Deposition of John Thain in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated February 19, 2009 |
| 24 | Excerpts from the Deposition of Richard Alsop, dated December 22, 2011 |
| 25 | Excerpts from the Deposition of Richard Alsop in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated November 5, 2009 |
| 26 | Excerpts from the Deposition of Rosemary Berkery in *SEC v. Bank of America*, dated December 9, 2009 |
| 27 | Excerpts from the Deposition of Timothy Mayopoulos in *SEC v. Bank of America*, dated December 1, 2009 |
| 28 | Plaintiffs' Exhibit 96 (Congressional Testimony of Timothy Mayopoulos) |
| 29 | Excerpts from Bank of America Corp. Form S-4 Registration Statement, filed October 2, 2008 |
| 30 | Bank of America Corp. Form S-4A Amended Registration Statement, filed October 22, 2008 |
| 31 | Bank of America Corp. Form S-4A Amended Registration Statement, filed October 29, 2008 |
| 32 | Excerpts from the Deposition of Kenneth D. Lewis in *SEC v. Bank of America*, dated October 30, 2009 |
| 33 | Excerpts from the Deposition of Charles Gifford in *SEC v. Bank of America*, dated December 18, 2009 |
| 34 | Excerpts from the Deposition of John Collins in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated October 20, 2009 |

| Exhibit | Description |
|---|---|
| 35 | Excerpts from the Deposition of Thomas May in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated October 22, 2009 |
| 36 | Excerpts from the Deposition of Thomas May in *SEC v. Bank of America*, dated December 18, 2009 |
| 37 | Bank of America Corp. Form 8-K, filed November 21, 2008 |
| 38 | Bank of America Corp. Form 425, filed November 26, 2008 |
| 39 | Plaintiffs' Exhibit 567 (BAC-ML-NYAG 80003755-795) |
| 40 | Plaintiffs' Exhibit 588 (BAC-ML-NYAG-502-00064523-597) |
| 41 | Excerpts from the Deposition of Neil Cotty, dated March 15-16, 2012 |
| 42 | Excerpts from the Deposition of Joe Price, dated April 5-6, 2012 |
| 43 | Excerpts from the Deposition of Timothy Mayopoulos, dated March 30, 2012 |
| 44 | Plaintiffs' Exhibit 121 (BAC-502-WLRK 00005297-455) |
| 45 | Plaintiffs' Exhibit 287 (BAC-502-WLRK 00006872) |
| 46 | Excerpts from the Deposition of Eric Roth, dated February 16, 2012 |
| 47 | Plaintiffs' Exhibit 288 (BAC-502-WLRK 00006873-81) |
| 48 | Excerpts from the Deposition of Timothy Mayopoulos in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated October 30, 2009 |
| 49 | Excerpts from the Deposition of Teresa Brenner in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated November 11, 2009 |
| 50 | Plaintiffs' Exhibit 339 (BAC-ML-NYAG-502-00064648) |

| **Exhibit** | **Description** |
|---|---|
| 51 | Excerpts from the Deposition of Nicholas Demmo in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated November 5, 2009 |
| 52 | Excerpts from the Deposition of Nicholas Demmo in *SEC v. Bank of America*, dated November 16, 2009 |
| 53 | Plaintiffs' Exhibit 16 (BAC-ML-NYAG-502-00001101) |
| 54 | Plaintiffs' Exhibit 208 (BAC-ML-NYAG-502-00001102-103) |
| 55 | Plaintiffs' Exhibit 257 (BAC-ML-NYAG-502-00001099-100) |
| 56 | Excerpts from the Deposition of Timothy Mayopoulos in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated August 25, 2009 |
| 57 | Excerpts from the Deposition of Edward Herlihy in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated October 21, 2009 |
| 58 | Kenneth D. Lewis's Amended Responses and Objections to Lead Plaintiffs' First Interrogatory to Defendants, dated December 5, 2011 |
| 59 | Plaintiffs' Exhibit 565 (BAC-ML-CL00841868-871) |
| 60 | Excerpts from the Deposition of Peter Kraus, dated January 18, 2012 |
| 61 | Plaintiffs' Exhibit 154 (BAC-ML-NYAG70003861-863) |
| 62 | Plaintiffs' Exhibit 328 (BAC-ML-NYAG00000052-055) |
| 63 | Plaintiffs' Exhibit 557 (BAC-SEC-LIT00001019-022) |
| 64 | Excerpts from the Deposition of John Finnegan, dated February 28, 2012 |
| 65 | Email from Robert Qutub to Joe Price re Fw: Year End Incentives, dated November 12, 2008 (BAC-ML-NYAG10001800-01) |
| 66 | Plaintiffs' Exhibit 332 (BAC-SEC-LIT00161314-345) |

| Exhibit | Description |
|---------|-------------|
| 67 | Merrill Lynch & Co., Inc. Proxy Statement on Form DEF 14A, filed March 14, 2008 |
| 68 | Merrill Lynch & Co., Inc. Employee Benefit Plan on Form S-8, filed May 29, 2008 |
| 69 | Merrill Lynch & Co., Inc. Employee Benefit Plan on Form S-8, filed May 15, 2007 |
| 70 | Excerpts from the Deposition of Andrea Smith in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated February 12, 2009 |
| 71 | Plaintiffs' Exhibit 300 (BAC-ML-NYAG10034629) |
| 72 | Excerpts from the Deposition of Thomas May, dated December 21, 2011 |
| 73 | Excerpts from the Deposition of Charles Gifford, dated December 8, 2011 |
| 74 | Bank of America Corp. Index of Fourth Quarter Board Meetings and Calls (BAC-ML-NYAG00288073-078) |
| 75 | Minutes of the Special Meeting of the Bank of America Corp. Board of Directors, dated September 19, 2008 (BAC-ML-NYAG00003762-772) |
| 76 | Plaintiffs' Exhibit 60 (BAC-ML-NYAG00288040-042) |
| 77 | Plaintiffs' Exhibit 61 (BAC-ML-NYAG00287713-715) |
| 78 | Plaintiffs' Exhibit 62 (BAC-ML-NYAG00003773-787) |
| 79 | Plaintiffs' Exhibit 64 (BAC-ML-CL00023661-663) |
| 80 | Plaintiffs' Exhibit 66 (BAC-ML-CL00042071-088) |
| 81 | Plaintiffs' Exhibit 68 (BAC-ML-NYAG00003809-UR-830-UR) |
| 82 | Plaintiffs' Exhibit 70 (BAC-ML-NYAG00287707-709) |
| 83 | Plaintiffs' Exhibit 135 (UR-BAC-ML-DE00009948-950) |

| Exhibit | Description |
|---|---|
| 84 | Excerpts from Deposition of Joe Price in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated October 29, 2009 |
| 85 | Handwritten notes of General Tommy Franks from the Voluntary Telephone Conference of the Board held on November 21, 2008 (BAC-DIR-SDNY00000180-182) |
| 86 | Excerpts from Deposition of Charles Gifford in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated November 24, 2009 |
| 87 | Excerpts from the Deposition of J. Steele Alphin, dated January 13, 2012 |
| 88 | Plaintiffs' Exhibit 164 (BAC-ML-NYAG00813422-429) |
| 89 | Bank of America Corp. Form 8-K, filed January 16, 2009 |
| 90 | Plaintiffs' Exhibit 309 (BAC-ML-NYAG01186601-608) |
| 91 | Betsy L. Graseck and Cheryl M. Pate, "Banking - Large Cap Banks: Marking to Market 4Q08," *Morgan Stanley*, December 7, 2008 |
| 92 | Excerpts from the Deposition of Elizabeth Graseck, dated October 3, 2011 |
| 93 | Excerpts from the Deposition of Allen Ferrell, dated October 13, 2011 |
| 94 | Excerpts from Ferrell Exhibit 2 (Allen Ferrell, Jennifer E. Bethel, and Gang Hu, "Law and Economic Issues in Subprime Litigation," *Harvard Law School Economics and Business Discussion Papers*, March 21, 2008) |
| 95 | Memorandum of Law in Support of the Motion of Defendants Merrill Lynch & Co., Inc., *et al*. to Dismiss the Consolidated Amended Class Action Complaint and to Strike Certain Allegations in *In re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litig.*, S.D.N.Y 07-cv-9633, dated July 21, 2008 |
| 96 | Expert Rebuttal Report of Chad Coffman, dated April 29, 2012 |
| 97 | Ben Logan, "The ABX index: A Pricing Conundrum," *RISK MAGAZINE*, May 2008 |

| Exhibit | Description |
|---|---|
| 98 | Expert Report of Allen Ferrell, dated September 16, 2011 |
| 99 | Andred Marquardt, "Upgrading to Outperform on MER Deal; Valuation Attractive," *Fox-Pitt Kelton Cochran Caronia Waller*, January 5, 2009 |
| 100 | Expert Report of Chad Coffman, CFA, dated March 16, 2012 |
| 101 | Keith Horowitz, Steve Foundos, and Craig Singer, "Bank of America Corp. (BAC): Near Term Remains a Challenge, But BAC Can Weather the Storm," *Citigroup Global Markets*, January 11, 2009 (BAC-ML-NYAG 00765012-033) |
| 102 | Excerpts from the Deposition of Chad Coffman, dated May 24, 2012 |
| 103 | Plaintiffs' Exhibit 219 (BAC-ML-NYAG10136357-358) |
| 104 | Excerpts from the Deposition of Brian Moynihan, dated March 9, 2012 |
| 105 | "The Crisis and the Policy Response," Remarks by Ben S. Bernanke at the London School of Economics on January 13, 2009 |
| 106 | Julia Werdigier and Edmund L. Andrews, "Stimulus Alone Won't End Crisis, Bernanke Says," *The New York Times*, January 13, 2009 |
| 107 | Maya Jackson Randall, "UPDATE: Bernanke: More Policy Measures Needed to Revive Econ," *DowJones Newswires*, January 13, 2009 |
| 108 | "The Crisis and the Policy Response," Remarks by Ben S. Bernanke at the London School of Economics on January 13, 2009 from Federal Reserve Website available at http://www.federalreserve.gov/newsevents/speech/bernanke20090113a.htm |
| 109 | Plaintiffs' Exhibit 384 (BAC-ML-NYAG10190049) |
| 110 | Email from Robert Stickler to Joe Price re: info may be leaking, dated January 14, 2009 (BAC-ML-NYAG10003725) |
| 111 | Dan Fitzpatrick, Damian Paletta and Susanne Craig, "U.S. Negotiating Extending More Aid To Bank Of Amer," *Wall Street Journal*, January 14, 2009 (LC-COFFMAN00000167-168) |
| 112 | Bank of America Corp. Press Release, dated December 3, 2008 |

| Exhibit | Description |
|---|---|
| 113 | Email from Allison Gilliam to Bank of America Board, et al. re 1/16/09 Special Board Meeting, dated January 12, 2009 (BAC-DIR-SDNY00003476) |
| 114 | Email from Alice Herald to Bank of America Board of Directors, et al. re Special Meeting of the Board of BAC 5:00PM EST Today, Thursday 1/15/09, dated January 15, 2009 (BAC-ML-NYAG10054211) |
| 115 | Bank of America Corp. Press Release, dated January 15, 2009 |
| 116 | Plaintiffs' Exhibit 85 (BAC-ML-NYAG-502-00001729-749) |
| 117 | Plaintiffs' Exhibit 223 (Bank of America Corp. Form 8-K, filed January 16, 2009) |
| 118 | Bank of America Corp. Conference Call Transcript, dated January 16, 2009 |
| 119 | Plaintiffs' Exhibit 646 (Richard Ramsden, Brian Foran, Anna Justina Hierta, and Quan Mai, "COMMENT: Bank of America Corporation (BAC) $8.32," *Goldman Sachs*, January 16, 2009) |
| 120 | David A. George, Michael C. Behan, and Garrett A. Holland, "Bank of America (BAC): Q4 Follow-up; Thundering Herd Takes Its Toll, Downgrading, Cutting Estimated," *Robert W. Baird & Co.*, January 20, 2008 (BAC-ML-NYAG10047069-079) |
| 121 | Paul J. Miller, Bob Ramsey, and Annette Franke, "BAC Disappoints, Tangible Common Equity Ratio Drops To 2.6%, Target to $5," *FBR Capital Markets,* January 20, 2009 |
| 122 | Dan Fitzpatrick, Deborah Solomon, and Susanne Craig, "Crisis on Wall Street - Bank Stress: BofA's Latest Hit - Treasury to Inject $20 Billion More; Stock at 1991 Level," *Wall Street Journal*, January 16, 2009 |
| 123 | Plaintiffs' Exhibit 168 (Greg Ferrell and Julie Macintosh, "Merrill Delivered Bonuses Before BofA Deal," *Financial Times,* January 21, 2009) |
| 124 | Greg Chang, "Merrill Lynch & Co. Paid Bonuses Ahead of Sale, FT Reports," *Bloomberg News*, January 21, 2009 |
| 125 | Joseph A. Giannone, "Merrill Paid Bonuses Early As BofA Deal Closed- FT," *Reuters*, January 21, 2009 (LC-COFFMAN00000421) |

| Exhibit | Description |
|---|---|
| 126 | "Merrill Preceded BofA Sale With Early Bonuses Payouts- Report," *Dow Jones International News,* January 21, 2009 (BAC-ML-CL00037101) |
| 127 | "Cuts Begin at Bank of America Merrill Lynch," *Dow Jones International News,* January 22, 2009 (BAC-ML-NYAG00291581-582) |
| 128 | Ferrell Exhibit 24 (Andrew Ross Sorkin, "Merrill Reportedly Paid Bonuses Early as Merger Closed," *New York Times DealBook*, January 22, 2009) |
| 129 | Heidi N. Moore, "NY AG Probing Merrill's 11th-Hour Bonuses - Source," *DowJones Newswires*, January 22, 2009 |
| 130 | "Merrill Paid Bonuses Before Being Bought: FT," *Reuters,* January 22, 2009 |
| 131 | David Gaffen, "WSJ BLOG/Market Beat: Thain To Leave BofA; Shrs Hit 52-Wk Low," *DowJones Newswires*, January 22, 2009 |
| 132 | Helen Kennedy, "Are You In-Thain? He Spends Huge in a Crisis Merrill CEO Gets Boot As Losses Grow," *New York Daily News*, January 23, 2009 |
| 133 | "It's Not Their Money," *New York Times*, January 23, 2009 |
| 134 | Rachel Beck, "Bank of America CEO under fire," *Associated Press,* January 23, 2009 |
| 135 | Stephen Bernard, "Former Merrill Chief Thain Out at Bank of America," *Associated Press*, January 22, 2009 |
| 136 | Rick Rothacker and Christine Rexrode, "Thain Rushed Bonuses At Merrill; Payouts Made Before BofA Deal Closed Amid Certain Losses, Job Cuts," *The Charlotte Observer*, January 23, 2009 |
| 137 | Rick Rothacker "Thain's Exit Turns Up Heat at BofA Ex-Merrill CEO Out After Disclosures; CEO Lewis Under Increasing Pressure to Make Acquisition Work," *Charlotte Observer*, January 23, 2009 |
| 138 | Merrill Lynch & Co. Inc. Quarterly Financial Report on Form 10-Q, filed May 6, 2008 |
| 139 | Julie Creswell and Louise Story, "A Charmed Wall Street Career Is Derailed at Bank of America," *New York Times*, January 23, 2009 |

| Exhibit | Description |
|---|---|
| 140 | Rebuttal Report of Chad Coffman, CFA, September 26, 2011 |
| 141 | Excerpts from the Deposition of Allen Ferrell, dated May 22, 2012 |
| 142 | Exhibit 7 to the Expert Report of Allen Ferrell, dated March 16, 2012 |
| 143 | Dan Fitzpatrick, Susanne Craig, and Deborah Solomon, "USA Inc.: In Merrill Deal, U.S. Played Hardball," *Wall Street Journal*, February 5, 2009 (BAC-ML-CL00061586-587) |
| 144 | Reply Memorandum of Law in Support of the Individual Bank of America Defendants' Motion to Dismiss the Consolidated Shareholder Derivative and Class Action Complaint ("Federal Derivative Action"), dated March 25, 2010 (ECF No. 214) |
| 145 | Answer of the Outside Directors to the Amended Complaint in the Federal Derivative Action, dated October 18, 2010 |
| 146 | Expert Report of Professor Anil Shivdasani, dated April 9, 2012 |
| 147 | Bank Defendants' Objections and Responses to Lead Plaintiffs' Second Set of Interrogatories to Defendants, dated May 14, 2012 |
| 148 | Excerpts of Bank of America Corp. 2008 Annual Report on Form 10-K, filed February 24, 2009 |
| 149 | Plaintiffs' Supplemental Responses and Objections to Bank of America Corporation's Second Set of Interrogatories, dated May 14, 2012 |
| 150 | Lead Plaintiffs' Responses and Objections to Lewis's First Set of Interrogatories, dated May 14, 2012 |
| 151 | Bank of America Corp. Form 8-K, filed December 5, 2008 |
| 152 | State Teachers Retirement System of Ohio's Verified Answers and Objections to Bank of America Corporation's First Set of Interrogatories, dated September 6, 2011 |
| 153 | Ohio Public Employees Retirement System's Amended Verified Answers and Objections to Bank of America Corporation's First Set of Interrogatories, dated September 15, 2011 |

| Exhibit | Description |
|---|---|
| 154 | Teacher Retirement System of Texas' Verified Answers and Objections to Bank of America Corporation's First Set of Interrogatories, dated September 6, 2011 |
| 155 | Answers and Objections to Stichting Pensioenfonds Zorg En Welzijin represented by PGGM Vermogensbeheer BV to Bank of America Corporation's First Set of Interrogatories, dated September 6, 2011 |
| 156 | Fjärde AP-Fonden's Answers and Objections to Bank of America Corporation's First Set of Interrogatories, dated September 6, 2011 |
| 157 | Grant Mitchell's Answers and Objections to Bank of America Corporation's First set of Interrogatories, dated September 6, 2011 |
| 158 | Plaintiffs' Exhibit 397 (BAC-502-WLRK 00002131-133) |
| 159 | Excerpts from the Deposition of Chad Coffman, dated October 14, 2011 |
| 160 | Louise Story and Eric Dash, "What Goes Around," *New York Times*, December 19, 2008 |
| 161 | "WSJ BLOG/Deal Journal: Why So Quiet At Merrill, Dresdner?," *DowJones Newswire*, December 19, 2008 |
| 162 | Jill Treanor and James Robinson, "Business & Media: Anger over £ 6.4bn bonus bonanza at four City banks," *The Observer*, December 21, 2008 |
| 163 | Michael Flaherty, "Asia Bankers Brace for Job Cuts," *New York Times*, December 23, 2008 |
| 164 | Michael Flaherty, "Job Axe Hangs over Investment Bank in Asia," *Reuters,* December 23, 2008 |
| 165 | Michael Flaherty, "Jobs Axe Hangs over Investment Banks in Asia," *HedgeWorld Daily*, December 23, 2008 |
| 166 | Greg Farrell, "Merrill's Troubles Anger BofA," *Financial Times,* January 16, 2009 |
| 167 | Vesna Poljak, "Bonus blues at Investment Banks," *Australian Financial Review*, January 20, 2009 |
| 168 | Plaintiffs' Exhibit 299 (BAC-ML-NYAG10038625) |

| Exhibit | Description |
|---|---|
| 169 | Excerpts from the Deposition of Gary Carlin, dated January 23, 2012 |
| 170 | James Doran, "The party's over as US government seizes control of Citigroup expenses," *Guardian*, January 1, 2009 |
| 171 | Expert Report of Chad Coffman, CFA, dated August 29, 2011 |
| 172 | Letter from Mitchell Lowenthal, Esq. to counsel for Lead Plaintiffs dated October 26, 2011 |
| 173 | Excerpts from Deposition of Kenneth Lewis in the New York Attorney General Investigation *In re: Executive Compensation Investigation Bank of America - Merrill Lynch*, dated February 26, 2009 |
| 174 | BAC-502-SS 00082986-3084 (Email from Ross Fieldston to Teresa Brenner, et al., dated September 20, 2008) |
| 175 | Plaintiffs' Exhibit 238 (BAC-ML-NYAG 80088736-742) |
| 176 | Plaintiffs' Exhibit 235 (BAC-ML-NYAG10003552-555) |
| 177 | Plaintiffs' Exhibit 543 (BAC-ML-NYAG00817459) |
| 178 | Plaintiffs' Exhibit 12 (BAC-ML-NYAG70303319-462) |
| 179 | Bank of America Corp. Form S-3 Registration Statement Under The Securities Act of 1933, filed May 5, 2006 |
| 180 | Bank of America Corp. Form 424(b)(5), filed October 9, 2008 |
| 181 | Plaintiffs' Exhibit 199 (BAC-502-WLRK 00180773-776) |
| 182 | Excerpts from the Deposition of Teresa Brenner, dated December 13, 2011 |
| 183 | Merrill Lynch & Co., Inc. Proxy Statement on Form DEFM14A, filed November 3, 2008 |
| 184 | Plaintiffs' Exhibit 95 (BAC-502-WLRK 00187636-728) |
| 185 | Plaintiffs' Exhibit 97 (BAC-ML-NYAG-502-00005618) |

| Exhibit | Description |
|---|---|
| 186 | Excerpts from the Deposition of Kenneth Lewis in *In re Bank of Am. Corp. S'holder Derivative Litig.*, dated March 6, 2012 |
| 187 | Excerpts from the Deposition of Nelson Chai, dated March 8, 2012 |
| 188 | Plaintiffs' Exhibit 197 (BAC-ML-NYAG00017725-747) |
| 189 | Plaintiffs' Exhibit 274 (BAC-ML-NYAG70144492-493) |
| 190 | Excerpts from Merrill Lynch & Co., Inc. Form 10-Q, filed November 5, 2008 |
| 191 | BAC-ML-NYAG00018633-939 (Email from Nancy Meloth to Neil Cotty, et al. re 2009 Budget and Back up files, dated November 21, 2008) |
| 192 | Excerpts from the Deposition of Nicholas Demmo in *In re Bank of Am. Corp. S'holder Derivative Litig.*, dated January 13, 2012 |
| 193 | Plaintiffs' Exhibit 568 (BAC-SEC-LIT00177201-218) |
| 194 | Merrill Lynch & Co., Inc. Form 10-Q, filed August 8, 2008 |
| 195 | Plaintiffs' Exhibit 133 (BAC-ML-NYAG00003809-UR-830-UR) |
| 196 | Excerpts from the Deposition of Monica Lozano in *In re Bank of Am. Corp. S'holder Derivative Litig.*, dated July 7, 2011 |
| 197 | Excerpts from the Deposition of Thomas Ryan in *In re Bank of Am. Corp. S'holder Derivative Litig.*, dated October 6, 2011 |
| 198 | Excerpts from the Deposition of David Moser, dated December 7, 2011 |
| 199 | Plaintiffs' Exhibit 241 (BAC-ML-NYAG10106372) |
| 200 | Excerpts from the Deposition of Christopher Hayward, dated November 21, 2011 |
| 201 | Plaintiffs' Exhibit 395 (BAC-502-WLRK 00000778-779) |
| 202 | Plaintiffs' Exhibit 34 (BAC-ML-NYAG00053726-727) |
| 203 | Plaintiffs' Exhibit 491 (BAC-ML-NYAG00296795-809) |

| Exhibit | Description |
|---|---|
| 204 | Plaintiffs' Exhibit 11 (BAC-ML-NYAG10006600-613) |
| 205 | Plaintiffs' Exhibit 265 (BOA Sec. Lit. - FRB000210-211) |
| 206 | Plaintiffs' Exhibit 340 (BAC-502-WLRK 00051726-951) |
| 207 | Plaintiffs' Exhibit 77 (BAC-DIR-SDNY00000235-236) |
| 208 | Excerpts from the Deposition of Jeffrey Brown, dated February 15, 2012 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of June, 2012 in New York, New York.

/s/ *Hannah G. Ross*
Hannah G. Ross