# EXHIBIT 187

1
2  \*\* C O N F I D E N T I A L \*\*
3  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
4  Master File No. 09-MD-2058 (PKC)
   ----------------------------------x
5

   IN RE BANK OF AMERICA CORP. SECURITIES,
6  DERIVATIVE AND EMPLOYMENT RETIREMENT
   INCOME SECURITY ACT (ERISA) LITIGATION
7

   ----------------------------------x
8
9  THIS DOCUMENT RELATES TO
   All Securities Actions
10
11 ----------------------------------x
12

   IN THE COURT OF CHANCERY
13 OF THE STATE OF DELAWARE
   C.A. No. 4307-CS
14 ----------------------------------x
15 IN RE BANK OF AMERICA CORPORATION
   STOCKHOLDER DERIVATIVE LITIGATION
16

   ----------------------------------x
17                 March 8, 2012
                   9:31 a.m.
18
19       Videotaped Deposition of NELSON CHAI,
20  taken by Plaintiffs, pursuant to Subpoena,
21  held at the offices of Kaplan Fox &
22  Kilsheimer LLP, 850 Third Avenue, New
23  York, New York, before Todd DeSimone, a
24  Registered Professional Reporter and
25  Notary Public of the State of New York.

1        CHAI - CONFIDENTIAL

2  earnings release that we looked at, an

3  effort to derisk the balance sheet and

4  reduce the balance sheet and this was a

5  reflection of those efforts; is that

6  correct?

7       A.     This is a reflection of the

8  actions we took, yes.

9       Q.     Separately, while we are on

10 this document, look at page 5.

11      A.     Page 5 of the document?

12      Q.     Yes.  There is a line item,

13 this is the income statement, profit and

14 loss statement, there is a line item under

15 Noninterest Expenses for Compensation and

16 Benefits.  Do you see that?

17      A.     Uh-huh.

18      Q.     And that line item for

19 September -- for nine months ending

20 September 2008 is $11,170,000,000 and for

21 the same period the previous year was

22 $11,564,000,000.

23             How are these -- how is

24 compensation and benefits determined

25 during the course of the year?

1          CHAI - CONFIDENTIAL

2                MR. LIMAN:  Objection, lack of

3    foundation.

4        A.        Well, during the course of the

5    year it is just an accrual where you put a

6    placeholder in, and then at year-end,

7    depending on the actions of the Comp

8    Committee of the board, you might make an

9    adjustment in the fourth quarter to add or

10   decrease, depending on the outcome.  And

11   then you pay it out.  But at this point it

12   was an accrual.

13       Q.        And how was the rate of accrual

14   determined?

15       A.        Again, I don't remember back

16   how we did it back then, but it would have

17   been driven by our head of HR, and then it

18   would have been a few people that, you

19   know, there would have been a conversation

20   around.

21       Q.        Is the accrual in the first

22   three quarters, the first nine months of

23   the year, based on performance, or was it

24   a fixed number or fixed percentage of, you

25   know --

```
 1              CHAI - CONFIDENTIAL
 2   notes is that in the financial summaries,
 3   the pacing things that Nancy used to do,
 4   that we had losses in the forecast files.
 5        Q.        And did those losses in the
 6   forecast files from Nancy Meloth, were
 7   they communicated to Mr. Cotty?
 8        A.        Again, Mr. Cotty had access to
 9   all the information, as I established, in
10   the fourth quarter.  I don't know -- and I
11   believe he got whatever I got, but I don't
12   know.
13        Q.        Thinking back now, do you think
14   that from November 4th certainly that
15   Mr. Cotty was receiving forecasts from
16   Ms. Meloth reflecting the losses?
17        A.        I believe --
18                  MR. LIMAN:  Objection to the
19   form.
20        A.        I believe certainly in November
21   and then post that Mr. Cotty was receiving
22   whatever information I was receiving from
23   Ms. Meloth.
24        Q.        And then the last paragraph
25   here, can you tell me what that says?
```