UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE, AND EMPLOYMENT RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>The Consolidated Derivative Action | Master File No. 09 MDL 2058 (PKC)<br><br>ECF CASE<br><br>BANK OF AMERICA CORPORATION'S RESPONSE TO JUNE 20, 2012 ORDER |

Pursuant to the June 20, 2012 Order requesting that the parties address the Court's proposal on the timing of the final settlement hearing in the above-captioned matter, nominal defendant Bank of America Corporation hereby responds that it has no objection to the schedule proposed by the Court.

Dated: New York, New York
       July 3, 2012

                                      Respectfully submitted,

                                      PAUL, WEISS, RIFKIND,
                                      WHARTON & GARRISON LLP

                                      By: __*s/ Daniel J. Kramer*_____
                                              Brad S. Karp
                                              Theodore V. Wells Jr.
                                              Daniel J. Kramer
                                              Audra J. Soloway

                                      1285 Avenue of the Americas
                                      New York, NY 10019-6064
                                      (212) 255-1632
                                      dkramer@paulweiss.com

Mitchell A. Lowenthal
Lewis J. Liman
Jennifer Kennedy Park
CLEARY, GOTTLIEB, STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY  10006
(212) 225-2000

Peter C. Hein
Eric M. Roth
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
(212) 403-1000

*Attorneys for Nominal Defendant*
*Bank of America Corp.*