UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE BANK OF AMERICA CORP.                  :  Master File No. 09 MD 2058 (PKC)
SECURITIES, DERIVATIVE, AND                  :
EMPLOYEE RETIREMENT INCOME                   :  ECF CASE
SECURITY ACT (ERISA) LITIGATION              :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO:                    :
:
The Consolidated Securities Action           :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## DECLARATION OF HANNAH G. ROSS
## IN FURTHER SUPPORT OF LEAD PLAINTIFFS'
## MOTION FOR PARTIAL SUMMARY JUDGMENT

I, HANNAH G. ROSS, hereby declare as follows:

1. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, Co-Lead Counsel for Plaintiffs. I respectfully submit this Declaration in Further Support of Lead Plaintiffs' Motion For Partial Summary Judgment.

2. Attached hereto are true and correct copies of the following:

| **Exhibit** | **Description** |
|---|---|
| 1 | Excerpts from the March 6, 2012 Deposition of Kenneth Lewis in *In re Bank of Am. Corp. S'holder Derivative Litig.* |
| 2 | BAC-ML-NYAG10006713-715 (Email from David Belk to Joe Price, re: Another analyst report (UBS) on capital and deal projections with Merrill, dated December 1, 2008) (highlighted) |

| Exhibit | Description |
|---|---|
| 3 | Excerpts from BAC-ML-NYAG70304741 (with native attachment) (Email from Curt Kendall to Jeff Brown, re: Capital Files, dated December 5, 2008) (highlighted) |
| 4 | Excerpts from the Joint Definitive Proxy filed by Bank of America Corp. and Merrill Lynch & Co., Inc., dated November 3, 2008 |
| 5 | Lead Plaintiffs' Second Set of Requests for the Production of Documents to Defendants, dated February 10, 2012 |
| 6 | Excerpts from the March 16, 2012 deposition of Neil Cotty in the above-captioned action |
| 7 | Excerpts from the January 27, 2012 deposition of David Belk in the above-captioned action |
| 8 | Excerpts from the January 22, 2012 deposition of Gregory Curl in the above-captioned action |
| 9 | Excerpts from the Expert Report of Bernard A. Katz, CPA, CIRA, CFE, CFF, dated March 16, 2012 |
| 10 | Excerpts from the Rebuttal Expert Report of Bernard A. Katz, CPA, CIRA, CFE, CFF, dated April 30, 2012 |
| 11 | Excerpts from the Expert Report of Harvey L. Pitt, dated April 30, 2012 |
| 12 | Excerpts from the Expert Report of J.T. Atkins, dated April 30, 2012 |
| 13 | Excerpts from the Expert Report of Rene Stulz, dated April 9, 2012 |
| 14 | Excerpts from the Expert Report of Anil Shivdasani, dated April 9, 2012 |
| 15 | Excerpts from the May 18, 2012 Deposition of Anil Shivdasani in the above-captioned action |
| 16 | Excerpts from the Expert Report of Charles Porten, CFA, dated April 9, 2012 |
| 17 | Excerpts from the May 15, 2012 Deposition of Charles Porten in the above-captioned action |
| 18 | Excerpts from Plaintiffs' Supplemental Responses and Objections to Bank of America Corporation's Second Set of Interrogatories, dated May 14, 2012 |
| 19 | Excerpts from Plaintiffs' Responses and Objections to Kenneth D. Lewis's First Set of Interrogatories to Plaintiffs, dated May 14, 2012 |

| Exhibit | Description |
|---------|-------------|
| 20 | Ieva M. Augstums and Stephen Bernard, "Merrill, BofA shareholders approve combination," *The Associated Press*, December 5, 2008 |
| 21 | Will Boye, "Shareholders approve BofA's purchase of Merrill," *Atlanta Business Chronicle*, December 5, 2008 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2012 in New York, New York.

_____
Hannah G. Ross

3