UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE AND
EMPLOYMENT RETIREMENT
INCOME SECURITY ACT (ERISA)
LITIGATION

This document relates to:
Stichting Pensioenfonds ABP, et al. v.
Bank of America Corp., et al.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-20-12

Master File
No. 09 MDL 2058 (PKC)

ECF CASE

Related File
No. 10 Civ. 02284 (PKC)

## STIPULATION AND PROPOSED ORDER

**WHEREAS**, on January 10, 2011, plaintiffs in the above-captioned action ("Plaintiffs") filed a Third Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "Third Amended Complaint");

**WHEREAS**, the Third Amended Complaint alleges in paragraphs 223-24 that, *inter alia*, in a press release dated September 15, 2008, Bank of America Corporation falsely stated that its "acquisition [of Merrill Lynch & Co., Inc.] is expected to be accretive to earnings by 2010";

**WHEREAS**, on July 12, 2012, Plaintiffs provided defendants in the above-captioned action ("Defendants") with a proposed Fourth Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "Fourth Amended Complaint") and requested that Defendants consent to Plaintiffs' filing that complaint;

**WHEREAS**, on July 17, 2012, Plaintiffs submitted to this Court a letter requesting a pre-motion conference concerning Plaintiffs' request to file a motion for leave to amend the Third Amended Complaint, stating, *inter alia*, that their proposed Fourth Amended Complaint "differs from the operative complaint only in that it

identifies with greater specificity additional false statements" that "relate directly to a matter that has been at issue in Plaintiffs' action since the filing of their Consolidated Amended Complaint."

**NOW THEREFORE**, the parties hereby **STIPULATE** and **AGREE** as follows:

1. Plaintiffs may file the Fourth Amended Complaint, as provided to Defendants on July 12, 2012;

2. Defendants' time to answer or otherwise respond to Plaintiffs' Fourth Amended Complaint shall be twenty (20) days following this Court's decision (including any order and opinion) on the Lead Plaintiffs' motion for partial summary judgment, filed on June 3, 2012, in *In re Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation*, Master File No. 09 MDL 2058 (PKC), Dkt. 589; and

3. The parties agree to move that this Court amend the Revised Civil Case Management Plan and Scheduling Order, entered May 30, 2012, and modified by this Court on June 29, 2012, as reflected in the attached Proposed Revised Civil Case Management Plan and Scheduling Order.

Dated: New York, New York
July 19, 2012

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Robert A. Atkins
Jacqueline P. Rubin
Audra J. Soloway
Meredith A. Arfa
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000 (telephone)
(212) 757-3990 (facsimile)
Email: ratkins@paulweiss.com
Email: jrubin@paulweiss.com
Email: asoloway@paulweiss.com
Email: marfa@paulweiss.com

*Attorneys for Defendants Bank of America Corporation, Kenneth D. Lewis, Joe L. Price, Neil A. Cotty, , William Barnet III, Frank P. Bramble, Sr., John T. Collins, Gary L. Countryman, Tommy R. Franks, Charles K. Gifford, Kenneth D. Lewis, Neil A. Cotty, Joe L. Price, Monica C. Lozano, Walter E. Massey, Thomas J. May, Patricia E. Mitchell, Thomas M. Ryan, O. Temple Sloan, Jr., Meredith R. Spangler, Robert L. Tillman, and Jackie M. Ward*

DECHERT, LLP

By: _____
Andrew J. Levander
David Scott Hoffner
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500 (telephone)
(212) 698-3599 (facsimile)
Email: andrew.levander@dechert.com
Email: david.hoffner@dechert.com

*Attorneys for Defendant John A. Thain*

3

GRANT & EISENHOFER P.A

By: _____
    Jay W. Eisenhofer
    Daniel L. Berger
    Jeff A. Almeida (*pro hac vice*)
    485 Lexington Avenue, 29th Floor
    New York, NY 10017
    (646) 722-8500 (telephone)
    (646) 722-8501 (facsimile)
    Email: jeisenhofer@gelaw.com
    Email: dberger@gelaw.com
    Email: jalmeida@gelaw.com

*Attorneys for Plaintiffs Deka International Luxembourg S.A., Deka Investment GmbH (on its own behalf and also as legal successor to Deka FundMaster Investmentgesellschaft mbH), Jeremy Fineberg, Martin I. Fineberg, Jill W. Goldstein, International Fund Management S.A., Aaron M. Katz, Joel R. Katz, Individually and as Trustee for Margolin Family Trust A, Margolin Family Trust B, and Joel R. Katz Family Trust, Parker Family Investments LLC, The 1994 Julie P. Mantell Family Trust, Drew E. Parker, The 1994 Drew E. Parker Family Trust, Jeffrey R. Parker, The 1991 Jeffrey R. Parker Family Trust, Keith D. Parker, Michael A. Parker, Stiching Pensioenfonds ABP, Julie M. Sorin, Sylvia Weissmann, Elliot Wender, Mark D. Wender, Penina Wender, Stanley L. Wender, and Razelle M. Wender, and Co-Liaison Counsel for the Individual Actions*

**SUSMAN GODFREY L.L.P.**

By: *(signature)*
Alexander L. Kaplan
Stephen D. Susman
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 651-9366 (telephone)
(713) 654-6666 (facsimile)
Email: akaplan@susmangodfrey.com
Email: ssusman@susmangodfrey.com

*Attorneys for Plaintiffs Ambassador Life Insurance Company, Finger Interests Number One, Ltd., JEF Family Trust, Jerry E. Finger, The Jerry E. Finger 1976 Real Estate Trust, The Jerry E. Finger Family Trust D/T/D 12/28/1989, Richard Finger, Walter Finger, Leo R. Jalenak, Peggy E. Jalenak, KERS & Co, 1976 Real Estate Trust, Select Investors Exchange Fund, L.P., Michael Weintraub, Joseph Weintraub Family Foundation, and Co-Liaison Counsel for the Individual Actions*

7-20-12
Dated

SO ORDERED.
*(signature)*
P. Kevin Castel
United States District Judge

5