# SHER TREMONTE LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-12
```

September 27, 2012

**BY FACSIMILE**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  In re Bank of Am. Corp. Sec., Derivative & ERISA Litig., 09-MD-2058 – **Relating to 12-cv-5210 (PKC)**

Dear Judge Castel:

We represent plaintiffs Dr. Salomon Melgen, Flor Melgen and SFM Holdings Limited Partnership in the above-captioned case. We write to request an additional week, until next Friday, October 5, 2012, to respond to defendants' September 13, 2012 letter requesting a pre-motion conference for defendants' intended motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), 9(b) and 23.1. Counsel for defendants consents to this request.

Respectfully Submitted,

Michael Tremonte
Justin M. Sher

[Handwritten endorsement: Application granted. SO ORDERED. /s/ [Judge] USDJ 9-27-12]

cc:  Paul J. Lockwood, Esq.
     Scott D. Musoff, Esq.

41 MADISON AVENUE, 41ST FLOOR NEW YORK, NEW YORK 10010
WWW.SHERTREMONTE.COM | TEL: 212-202-2600 | FAX: 212-202-4156