UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE, AND EMPLOYMENT RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION | Master File No. 09 MDL 2058 (PKC)<br><br>ECF ACTION |
| This Document Relates To:<br><br>All Derivative Actions | |

### NOTICE OF PLAINTIFFS' MOTION FOR
### FINAL APPROVAL OF DERIVATIVE ACTION SETTLEMENT

PLEASE TAKE NOTICE that upon the accompanying memoranda of law, declarations in support, the Stipulation and Agreement of Settlement and the exhibits attached thereto, all prior proceedings held in the Derivative Action, and other such matters and arguments as the Court may consider in the hearing of this Motion, Lead Plaintiffs Hollywood Police Officers' Retirement System and Louisiana Municipal Police Employees Retirement System, by and through undersigned Lead Counsel, will move this Court, before the Honorable Judge P. Kevin Castel, at the Daniel Patrick Moynihan United Stated Courthouse located at 500 Pearl Street, New York, New York on January 11, 2013 at 11:30 a.m., Eastern Time, for an Order approving

the proposed Settlement of the Derivative Action as fair, reasonable and adequate and entering the Order and Final Judgment dismissing the Derivative Action with prejudice. A proposed final order is attached as an exhibit hereto.

Dated:  November 6, 2012

Respectfully submitted,

KAHN SWICK & FOTI, LLC

*/s/ Albert M. Myers*
Lewis S. Kahn
Michael A. Swick
Albert M. Myers
Melinda Nicholson
*lewis.kahn@ksfcounsel.com*
*michael.swick@ksfcounsel.com*
*albert.myers@ksfcounsel.com*
*melinda.nicholson@ksfcounsel.com*
206 Covington Street
Madisonville, Louisiana 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498

SAXENA WHITE P.A.

Maya Saxena
Joseph E. White, III
Lester R. Hooker
Brandon T. Grzandziel
*msaxena@saxenawhite.com*
*jwhite@saxenawhite.com*
*lhooker@saxenawhite.com*
*bgrzandziel@saxenawhite.com*
2424 North Federal Hwy. Suite 257
Boca Raton, Florida 33431
Tel.: (561) 394-3399
Fax: (561) 394-3082

*Lead Counsel*

LAW OFFICES OF CURTIS V. TRINKO, LLP

Curtis V. Trinko
Jennifer Traystman
*ctrinko@trinko.com*

*jtraystman@trinko.com*
16 West 46th Street, 7th Floor
New York, NY 10036
Tel.: (212) 490-9550
Fax: (212) 986-0158

*Liaison Counsel*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 6, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                                /s/ Albert M. Myers
                                                Albert M. Myers