# Exhibit 55



SEP 14 2008 17:16 FR BOA CHLT IT    704 386 1769 TO [Redacted]    P.05

## Proposed Transaction Summary

- The Current Market Environment
  - Significant dislocations in financial markets
  - Standalone investment bank - strategy in question
  - Unprecedented impacts on companies

- Creates a unique opportunity to build the premier financial services company

- We are proposing an all-stock transaction to acquire ALPHA based on an exchange ratio of 0.8595 BAC shares. This equates to approximately $50Bn

- Due diligence is being completed

- Transaction is expected to close in first quarter 2009

- ALPHA and BAC shareholder approvals

- Standard regulatory approvals

*[handwritten annotations: "2.9", "close end of 1st qtr 09"]*

Bank of America

Confidential                                           BAC-DIR-DE00002799

SEP 14 2008 17:16 FR BOA CHLT LIT 704 386 1760 TO [Redacted] P.06

## Strategic Rationale

- Diverse Business Mix
- Significant enhancement to our investment banking capabilities
  - Consolidates leading positions in
    - Global Debt Underwriting
    - Global Equities
    - Global M&A Advisory
- Leadership position in retail brokerage space and wealth management
  - 20,000 financial advisors (16,690 ALPHA advisors)
  - $2.5 trillion in client assets
- Brings global scale in investment management
  - 50% ownership in Blackrock with $1.6 trillion in AUM's
  - Columbia funds have $650 Bn in AUM's


Bank of America

2

Confidential BAC-DIR-DE00002800

## Alpha

- Headquartered in New York, ALPHA is one of the world's leading wealth management, capital markets and advisory companies, with offices in 40 countries and territories and total client assets of over $1.6 trillion.

- The firm employs 60,000 associates worldwide and owns approximately half of BlackRock, one of the world's largest publicly traded investment management companies, with more than $1.4 trillion in AUM

- The company offers a broad range of services to private clients, small businesses, and institutions and corporations, organizing its activities into two business segments – Global Markets & Investment Banking and Global Wealth Management, which is comprised of Global Private Client and Global Investment Management:

  - **Global Markets & Investment Banking**: One of the world's leading providers of institutional sales and trading, investment banking advisory and capital raising services to corporations, governments and institutions.
    - #7 in Global High Yield Debt in 1H08; #1 combined with BAC
    - #8 in Global Equity and Equity Related in 1H08; #3 Combined with BAC
    - #9 in Global M&A based on completed deals in 1H08

  - **Global Wealth Management**
    - **Global Private Client**: Provides advice-based wealth management services and products to individuals and small/medium businesses
      - #1 wealth manager in the U.S. with over $1.0 trillion in client assets serviced by 16,690 financial advisors through a network of over 600 branches (Barron's Magazine)
    - **Global Investment Management**: Houses the alternative investments business and manages the BlackRock relationship.

3

Bank of America.

SEP 14 2008 17:17 FR BOA CHLT I'T    704 386 1782 TO   [Redacted]   P.08

# Company Financials

**Preliminary Segment Data (unaudited)**

(dollars in millions)

| | For the Three Months Ended | | | For the Six Months Ended | |
|---|---|---|---|---|---|
| | Jun. 27, 2008 | Mar. 28, 2008 | Jun. 29, 2007 | Jun. 27, 2008 | Jun. 29, 2007 |
| **Global Markets** | | | | | |
| FICC | $ (8,068) | $ (3,378) | $ 2,421 | $ (11,446) | $ 5,046 |
| Equity Markets | 1,722 | 1,883 | 2,148 | 3,610 | 4,534 |
| Total Global Markets net revenues | (6,346) | (1,495) | 4,569 | (7,836) | 9,580 |
| **Investment Banking** | | | | | |
| Origination: | | | | | |
| Debt | 362 | 231 | 471 | 598 | 1,057 |
| Equity | 338 | 159 | 547 | 537 | 910 |
| Strategic Advisory Services | 315 | 375 | 397 | 692 | 795 |
| Total Investment Banking net revenues | 1,022 | 805 | 1,415 | 1,827 | 2,763 |
| Total net revenues | (5,319) | (690) | 3,984 | (6,009) | 12,343 |
| Non-interest expenses before restructuring charge | 2,929 | 3,357 | 4,047 | 6,286 | 8,199 |
| Restructuring charge | 31 | — | — | 311 | — |
| Pre-tax (loss) / earnings from continuing operations | $ (8,559) | $ (4,047) | $ 1,937 | $ (12,606) | $ 4,144 |
| Global Private Client net revenues | 3,165 | 3,300 | 3,249 | 6,466 | 6,325 |
| Global Investment Management net revenues | 193 | 299 | 305 | 492 | 560 |
| Total net revenues | 3,358 | 3,599 | 3,554 | 6,958 | 6,988 |
| Non-interest expenses before restructuring charge | 2,624 | 2,879 | 2,575 | 5,500 | 5,125 |
| Restructuring charge | 134 | — | — | 134 | — |
| Pre-tax (loss) / earnings from continuing operations | $ 602 | $ 720 | $ 979 | $ 1,324 | $ 1,763 |
| Corporate - Pre-tax (loss) / earnings from cont. operations | $ (156) | $ 26 | $ (99) | $ (130) | $ (180) |
| **Total** | $ (8,113) | $ (3,301) | $ 2,826 | $ (11,412) | $ 5,725 |

Source: Company website

4

Bank of America

SEP 14 2008 17:18 FR BOA CHLT LIT  704 386 1780 TO [Redacted]  P.09

# Company Financials

(dollars in millions)

| Assets | 6/30/2008 | Liabilities & Equity | 6/30/2008 |
|---|---|---|---|
| Cash & cash equivalents | $ 31,211 | Deposits | $ 100,458 |
| Cash & securities segregated for regulatory purposes or deposited with clearing organizations | 26,228 | Short-term borrowings | 19,139 |
| Securities financing transactions | | Securities financing transactions | |
| Receivables under resale agreements | 224,958 | Payables under resale agreements | 197,581 |
| Receivables under borrowed transactions | 129,426 | Payables under borrowed transactions | 55,691 |
| Trading assets | | Trading liabilities | |
| Derivative contracts | 86,492 | Derivative contracts | 55,908 |
| Equities and convertible debentures | 42,870 | Equities and convertible debentures | 25,562 |
| Corporate debt and preferred stock | 37,769 | Corporate debt and preferred stock | 3,254 |
| Mortgages, mortgage-backed, and asset-backed | 29,263 | Non-U.S. governments and agencies | 6,450 |
| Non-U.S. governments and agencies | 8,825 | U.S. government and agencies | 4,541 |
| U.S. government and agencies | 6,784 | Munis, money markets, and commodities | 251 |
| Munis, money markets, and commodities | 5,620 | Obligation to return securities received as collateral | 51,525 |
| Investment securities | 71,266 | Other payables | 115,153 |
| Securities received as collateral | 51,506 | Long-term borrowings | 270,436 |
| Other receivables (brokers/customers) | 120,782 | Junior subordinated notes | 5,193 |
| Loans, notes and mortgages | 79,170 | Total Liabilities | $ 931,432 |
| Equipment and facilities | 3,142 | Preferred stockholders' equity | 13,666 |
| Goodwill and intangibles | 5,058 | Common stockholders' equity | 21,112 |
| Other assets | 5,805 | Total stockholders' equity | $ 34,778 |
| Total Assets | $ 966,210 | Total Liabilities and Stockholders' Equity | $ 966,210 |

5

Bank of America.

Confidential         BAC-DIR-DE00002803

SEP 14 2008 17:18 FR BOA CHLT LIT          704 386 1760 TO [Redacted]          P.10

# Diverse Business Mix

A Bank of America and ALPHA combination yields a diverse business mix

**Bank of America**
1H 08 Segment Revenue² Mix

- Global Consumer & Small Business: 70%
- Global Corporate & Investment Banking: 24%
- Global Wealth & Investment Management: 6%

**ALPHA**
1H 08 Segment Revenue¹ Mix

- Global Markets & Investment Banking: 86%
- Global Wealth Management: 14%

**Combined**
1H 08 Segment Revenue Mix

- Global Consumer & Small Business: 48%
- Global Wealth Management: 20%
- Global Markets & Investment Banking: 32%

(1) Does not include marks and one time items
(2) Fully taxable-equivalent basis

6

Bank of America

Confidential                                        BAC-DIR-DE00002804

## Key terms

- Bank of America to acquire 100% of ALPHA
- 100% stock deal
- Exchange ratio of 0.8595 BAC share per ALPHA share
- Expected Closing in Q1 2009
- Approvals from: ALPHA and BAC shareholders
- Standard regulatory approvals
- 3 Board seats
- Fairness Opinion

**Bank of America**

7

## Due Diligence Activities

- Our due diligence team is comprised of approximately 45+ professionals – including financial advisors
- On-site due diligence covered the following areas
  - Asset Classes (CDO's, trading assets, principal investing, etc)
  - Credit / Risk
  - Business Model
  - Legal
  - Accounting / Tax
  - Audit / Compliance
  - HR
  - Liquidity / Funding / Capital
  - Technology & Operations
  - Capital Markets / Broker Dealer

*Handwritten annotations:*
- large corp loan
- loan – leveraged loan CORPORATE
- CDO book
- Starbuck T. Lonestar '22 d or 1.00 / 15% fm
- JC Flowers due diligence
- "Monday AM" Short sellers
- Lehman bankruptcy – close
- AIG – high risk
- ML –
- M Stanley
- Wash Mut
- Wach
- RBS
- Barclays
- 60 days / 10% premium

## Transaction Analysis

($ in Millions, except per share data)

| | |
|---|---|
| Bank of America Stock price at 9/12/08 | $33.74 |
| Exchange ratio | 0.8595 |
| Transaction price per common share | $29.00 |
| Premium over Last Close Price | 70% |
| Premium over Last 5-day Average | 29% |
| Total Common Consideration | $50,000 |
| Multiple of Earnings | |
| 2009E EPS | 12.1x |
| 2010E EPS | 10.9x |
| Multiple of Tangible Book Value | 1.83x |

*today AJ*
*1.0% prem*

9

Bank of America

SEP 14 2008 17:20 FR BOA CHLT LIT     704 388 1750 TO [Redacted]     P.14

# Financial Overview and Assumptions

|  | BAC Internal Estimates | | Analysts' Estimates[1] | |
|---|---|---|---|---|
|  | 2009 | 2013 | 2009 | 2010 |
| Bank of America estimated net income | Redacted | 4,605 | $ 15,266 | $ 20,102 |
| ALPIM estimated net income[1] | 4,125 | 4,605 | 4,125 | 4,605 |
| Total | $ 17,125 | $ 21,305 | $ 19,391 | $ 24,707 |
| Adjustments |  |  |  |  |
|   Expense efficiencies | 1,750 | 4,200 | 1,750 | 4,200 |
|   Amortization | (1,278) | (1,192) | (1,278) | (1,192) |
|   Other | (250) | (230) | (250) | (230) |
|   Tax on adjustments | (82) | (1,028) | (82) | (1,028) |
| Estimated net income for new Bank of America | $ 17,265 | $ 23,055 | $ 19,531 | $ 26,457 |
| Average estimated diluted shares outstanding | 6,224 | 6,224 | 6,224 | 6,224 |
| Estimated earnings per diluted share | $ 2.77 | $ 3.70 | $ 3.14 | $ 4.25 |
| Bank of America EPS | Redacted | | $ 3.22 | 4.24 |
| Estimate vs. EAC standalone Consensus | 1.2% | 5.2% | -2.5% | 0.3% |

- Subject to customary approvals, transaction expected to close in first quarter 2009
- Overall expense efficiencies of $7 billion pre-tax, 10% of combined expense base
  - 20% realized in 2009, 50% in 2010, 75% in 2011 and fully realized by 2012
- Restructuring charge of $2.0 billion after-tax excluded from EPS shown above

[1] 2009 and 2010 First Call consensus
[2] Excludes after-tax restructuring charge

Bank of America

Confidential                                    BAC-DIR-DE00002808

SEP 14 2006 17:21 FR BOA CHLT LIT          704 386 1760 TO   Redacted          P.15

Redacted

Confidential                                                                 BAC-DIR-DE00002809

Redacted

SEP 14 2008 17:23 FR BOA CHLT LIT    704 386 1760 TO    Redacted    P.:8

Redacted

Confidential    SEP 14 2008 17:23 FR BOA CHLT LIT    704 386 1760 TO    Redacted    BAC-DIR-DE00002811

SEP 14 2008 17:26 FR BOA CHLT LIT    704 386 1760 TO [Redacted]    P.22

Redacted

Confidential    BAC-DIR-DZ00002812

SEP 14 2008 17:23 FR BOA CHLT LIT          704 385 1752 TO   Redacted          P.19

Redacted

Confidential                                                                          BAC-DIR-DE00002813

SEP 14 2006 17:31 FR BOA CHLT LIT    704 386 1768 TO [Redacted]    P.20

Redacted

Confidential                                                                 BAC-DIR-DE00002814

SEP 14 2008 17:25 FR BOA CHLT LIT      704 386 1760 TO [ Redacted ]      P.21

Redacted

Confidential  BAC-DIR-DE00002815



Confidential

BAC-DIR-DE00002816