# Exhibit 182

**From:** Wbarnet Redacted
**Sent:** Friday, January 16, 2009 11:41 AM
**To:** Gifford, Chad
**Subject:** reaction

market not so excited, I would say.

calls from friends not so hot..

some feel Ken ego and ambition cause of all this...

hope we can move forward...

---

**Inauguration '09**: Get complete coverage from the nation's capital.



Confidential

BAC-DIR-DE00003121