

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION | Master File No. 09 MDL 2058 (PKC)  Related File Nos. 12 Civ. 6801 (PKC), 12 Civ. 6879 (PKC), 12 Civ. 6864 (PKC)  ECF CASE |
| This document relates to: Gegnas v. Bank of America Corp., et al., No. 12 Civ. 6801; Mitnick, et al. v. Bank of America Corp., et al., No. 12 Civ. 6879; Shapiro v. Bank of America Corp., et al., No. 12 Civ. 6864. | |

### STIPULATION AND PROPOSED ORDER

**WHEREAS**, the above-captioned actions were filed on September 7 and September 11, 2012;

**WHEREAS**, defendants' deadline to answer plaintiffs' complaints or file a pre-motion conference letter with this Court detailing the basis for any anticipated motions to dismiss the complaints is January 8, 2013;

**WHEREAS**, plaintiffs' responses to any such pre-motion conference letter filed on January 8, 2013 are due on January 15, 2013;

**WHEREAS**, the parties agree good cause exists to extend the current deadlines;

**NOW THEREFORE**, the parties hereby **STIPULATE** and **AGREE** as follows:

1. Defendants shall answer or file a pre-motion conference letter detailing the basis for any anticipated motions to dismiss by April 9, 2013.

2. Plaintiffs shall respond to any pre-motion conference letter detailing the basis for any anticipated motions to dismiss by April 16, 2013.

Dated: New York, New York
December 6, 2012

                                      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                                      By: *Robert Atkins / MM*
                                           Robert A. Atkins
                                           Jacqueline P. Rubin
                                           Audra J. Soloway
                                           Meredith A. Arfa
                                           1285 Avenue of the Americas
                                           New York, NY 10019-6064
                                           (212) 373-3000 (telephone)
                                           (212) 757-3990 (facsimile)
                                           ratkins@paulweiss.com
                                           jrubin@paulweiss.com
                                           asoloway@paulweiss.com
                                           marfa@paulweiss.com

                                      *Attorneys for Defendant Bank of America Corporation*

                                      **SHEARMAN & STERLING LLP**

                                      By *Adam Hakki / MM*
                                            Adam Selim Hakki
                                           599 Lexington Avenue
                                           New York, NY 10022
                                           Tel.: (212)-848-4924
                                           Fax: (646)-848-4924
                                           Email: ahakki@shearman.com

                                      *Attorneys for Defendant Merrill Lynch & Co.*

ALAN L. FRANK LAW ASSOCIATES, P.C.

By: *Alan Frank/mm*
Alan L. Frank
135 Old York Road
Jenkintown, PA 19046
(215) 935-1000 (telephone)
(215) 935-1110 (facsimile)
afrank@alflaw.net

*Attorneys for Plaintiffs Bonnie Friedman, Nathan A. Friedman Rollover IRA, Robert Gegnas, Harvey M. Mitnick as Executor of the Estate of Nathan A. Friedman, Steven L. Shapiro as Custodian for Stacy Shapiro UGMA and Marci Shapiro, UGMA*

12-7-12
Dated

SO ORDERED
P. Kevin Castel
United States District Judge