**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                              :
IN RE BANK OF AMERICA CORP.                                   :
SECURITIES, DERIVATIVE, AND                                   :
EMPLOYMENT RETIREMENT INCOME                                  :   Master File No. 09 MDL 2058 (PKC)
SECURITY ACT (ERISA) LITIGATION                               :
                                                              :
-------------------------------------------------------------x
                                                              :
THIS DOCUMENT RELATES TO                                      :
                                                              :
All Derivative Actions                                        :
                                                              :
-------------------------------------------------------------x
```

**NOTICE OF MOTION TO APPROVE NOTICE AND SET SCHEDULE FOR APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support and all accompanying papers and exhibits thereto, as well as such other matters and arguments as the Court may consider, Lead Plaintiffs and Delaware Shareholders, by and through their counsel, will move this Court before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10017, at a time and date to be determined by the Court, for an Order (1) approving the form and manner of notice of counsels' request for attorneys' fees and reimbursement of expenses; and (2) setting a schedule for the Fee Hearing and all relevant deadlines thereto.

Dated: New York, New York
       January 18, 2013

SAXENA WHITE P.A.

*/s/ Joseph E. White, III*
Maya Saxena
Joseph E. White, III
Lester R. Hooker
Brandon T. Grzandziel
2424 North Federal Hwy. Suite 257
Boca Raton, Florida 33431
Tel.: (561) 394-3399
Fax: (561) 394-3082

KAHN SWICK & FOTI, LLC

Lewis S. Kahn
Michael A. Swick
Albert M. Myers
Melinda Nicholson
206 Covington Street
Madisonville, Louisiana 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498

*Interim Lead Counsel for Interim Lead Plaintiffs*

LAW OFFICES OF CURTIS V. TRINKO, LLP

Curtis V. Trinko
Jennifer Traystman
16 West 46th Street, 7th Floor
New York, NY 10036
Tel.: (212) 490-9550
Fax: (212) 986-0158

*Liaison Counsel for Lead Plaintiffs*

HORWITZ, HORWITZ & PARADIS,
ATTORNEYS AT LAW

Paul O. Paradis
Michael A. Schwartz
Efrat Pellet
*pparadis@hhplawny.com*
*mschwartz@hhplawny.com*
*epellet@hhplawny.com*
570 Seventh Avenue – 20th Floor
New York, NY 10018
Tel.: (212) 986-4500
Fax: (212) 986-4501

*Counsel for Delaware Shareholders*

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 18, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                                  */s/ Joseph E. White, III*
                                                  Joseph E. White, III