UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
IN RE BANK OF AMERICA CORP. :
SECURITIES, DERIVATIVE, AND :
EMPLOYEE RETIREMENT INCOME : Master File No. 09 MDL 2058 (PKC)
SECURITY ACT (ERISA) LITIGATION :
: ECF CASE
------------------------------------------------------------x
:
THIS DOCUMENT RELATES TO :
:
All Derivative Actions :
:
------------------------------------------------------------x

## NOTICE OF LEAD PLAINTIFFS' MOTION
## FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support and all accompanying papers and exhibits thereto, as well as such other matters and arguments as the Court may consider, Lead Plaintiffs, by and through their undersigned counsel, will move this Court before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10017, on April 4, 2013, at 11:00 a.m., for entry of an Order awarding attorneys' fees and reimbursement of expenses to Lead Counsel.

Dated: New York, New York
       February 8, 2013

SAXENA WHITE P.A.

*/s/ Joseph E. White, III*
Maya Saxena
Joseph E. White, III
Lester R. Hooker
Brandon T. Grzandziel
*msaxena@saxenawhite.com*
*jwhite@saxenawhite.com*
*lhooker@saxenawhite.com*
*bgrzandziel@saxenawhite.com*
2424 North Federal Hwy. Suite 257
Boca Raton, Florida 33431
Tel.: (561) 394-3399
Fax: (561) 394-3082

KAHN SWICK & FOTI, LLC

Lewis S. Kahn
Michael A. Swick
Albert M. Myers
Melinda Nicholson
*lewis.kahn@ksfcounsel.com*
*michael.swick@ksfcounsel.com*
*albert.myers@ksfcounsel.com*
*melinda.nicholson@ksfcounsel.com*
206 Covington Street
Madisonville, Louisiana 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498

*Interim Lead Counsel for Interim Lead Plaintiffs*


LAW OFFICES OF CURTIS V. TRINKO, LLP

Curtis V. Trinko
Jennifer Traystman
16 West 46th Street, 7th Floor
*ctrinko@trinko.com*
*jtraystman@trinko.com*
*wmargrabe@trinko.com*
New York, NY 10036
Tel.: (212) 490-9550
Fax: (212) 986-0158

*Liaison Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

>    */s/ Joseph E. White, III*
>    Joseph E. White, III