UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE, AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION<br><br>--------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>Consolidated Derivative Action | : : : : : : : : : : : : : : : | Master File No. 09-MD-2058 (PKC)<br><br>ECF Case |

**NOTICE OF MOTION OF OBJECTOR MATTHEW PINSLY'S COUNSEL'S MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and declaration in support thereof, and other such matters and arguments as the Court may consider in the hearing of this Motion, Objector Matthew Pinsly's Counsel will move this Court, before the Honorable Judge P. Kevin Castel, at the Daniel Patrick Moynihan United Stated Courthouse located at 500 Pearl Street, New York, New York on April 4, 2013 at 11:00 a.m., Eastern Time, for an order approving this Motion. A proposed order is attached as an exhibit hereto.

Dated: February 8, 2013          **THE WEISER LAW FIRM, P.C.**

/s/ Christopher L. Nelson
ROBERT B. WEISER
BRETT D. STECKER
CHRISTOPHER L. NELSON (*pro hac vice*)
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

**LAW OFFICE OF DEBRA S. GOODMAN, P.C.**
DEBRA S. GOODMAN
1301 Skippack Pike, Suite 7A, #133
Blue Bell, PA 19422
Telephone: (610) 277-6057

Counsel for Objector Matthew Pinsly

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ Christopher L. Nelson

Christopher L. Nelson