UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE, AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION<br><br>--------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>Consolidated Derivative Action | : : : : : : : : : : : : : : | Master File No. 09-MD-2058 (PKC)<br><br>ECF Case |

**[PROPOSED] ORDER**

On April 4, 2013, the Court conducted a hearing (the "Hearing") regarding motions whether, and in what amounts, to award attorneys' fees and reimbursement of litigation expenses.

After considering the submissions and hearing argument, Objector Matthew Pinsly's Counsel's Motion for an Award of Attorneys' Fees and Expenses is **GRANTED**, and the Weiser Law Firm is hereby awarded attorneys' fees of $_____, and reimbursement of expenses of $_____, to be paid by Bank of America Corporation within ten (10) days of the entry of this Order.

**SO ORDERED**.

Dated: _____    _____
                                                                     THE HONORABLE P. KEVIN CASTEL
                                                                     U.S. DISTRICT JUDGE