UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE, AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION | Master File No. 09 MDL 2058 (PKC)<br><br>ECF CASE |
| THIS DOCUMENT RELATES TO:<br><br>Consolidated Securities Action | |

### NOTICE OF CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

TO:   All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order Preliminarily Approving Proposed Settlement and Providing for Notice dated December 4, 2012, and upon (i) the Joint Declaration of Steven B. Singer, Frederic S. Fox, and David Kessler in Support of (A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (B) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (iii) all other papers and proceedings herein, Co-Lead Counsel will and do hereby move this Court, before the Honorable P. Kevin Castel, on April 5, 2013 at 2:00 p.m. in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and reimbursement of litigation expenses to Co-Lead Counsel.

Dated:  February 19, 2013	Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:	*/s/ Steven B. Singer*
	Max W. Berger
	Steven B. Singer
	1285 Avenue of the Americas
	New York, NY  10019
	Tel:  (212) 554-1400
	Fax:  (212) 554-1444


**KAPLAN FOX & KILSHEIMER LLP**

By:	*/s/ Frederic S. Fox*
	Robert N. Kaplan
	Frederic S. Fox
	850 Third Avenue, 14th Floor
	New York, NY  10022
	Tel:  (212) 687-1980
	Fax:  (212) 687-7714


**KESSLER TOPAZ MELTZER & CHECK, LLP**

By:	*/s/ David Kessler*
	David Kessler
	Gregory M. Castaldo
	280 King of Prussia Road
	Radnor, PA 19087
	Tel:  (610) 667-7706
	Fax:  (610) 667-7056

*Co-Lead Counsel*

#705066