```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE, AND
EMPLOYEE RETIREMENT INCOME           Master File No. 09 MD 2058 (PKC)
SECURITY ACT (ERISA) LITIGATION
                                     ORDER
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

CONSOLIDATED DERIVATIVE ACTION
------------------------------------------------------------x
CASTEL, District Judge:

    On January 18, 2013, counsel to lead plaintiffs and to certain Delaware shareholders filed a motion to approve a form of notice and to set a schedule for submissions regarding an attorneys' fees application in the above-captioned case. (Docket # 793.) On January 24, 2013, this Court entered an Order that approved, with some modifications, the proposed notice and set such a schedule. (Docket # 799.)

    The Clerk is directed to terminate the motion. (Docket # 793.)

    SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 26, 2013