UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE, AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION | Master File No. 09 MDL 2058 (PKC) ECF CASE |
| THIS DOCUMENT RELATES TO: Consolidated Securities Action | |

## CERTIFICATE OF SERVICE

I, David L. Duncan, hereby certify that on March 29, 2013, the following documents:

(1) Reply Memorandum of Law in Further Support of: (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (2) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses;

(2) Supplemental Declaration of Steven B. Singer; and

(3) Affidavit of Jason Zuena Regarding (A) Mailing of the Settlement Notice and Proof Of Claim Form; (B) Report on Opt-Ins Received; and (C) Report On Late Exclusions Received

were electronically filed with the Clerk of the Court using the ECF System, which will send notification to all ECF attorneys of record. In addition, copies of the above-listed documents are being served by FedEx on the persons listed on Exhibit 1 hereto.

Dated: New York, NY
March 29, 2013

David L. Duncan

#714978

## Exhibit 1

| | |
|---|---|
| Dennis Breuel<br>1161 Ridgefield Ave.<br>Point Pleasant, NJ 08742 | Phil Nothstein<br>10816 250th St. E<br>Graham, WA 98338-6768 |
| Scott Boatwright<br>24 Pheasant Drive<br>Asheville, NC 28803 | Robert Shattuck<br>3812 Spring Valley Circle<br>Birmingham, AL 35223 |
| Steve A. Miller<br>Steve A. Miller, P.C.<br>1625 Larimer Street, No. 2905<br>Denver, CO 80202<br><br>*Attorney for Objectors<br>Michael and Laurel Washenik* | |
| N. Albert Bacharach, Jr.<br>N. Albert Bacharach, Jr., PA<br>115 Northeast 6th Ave<br>Gainesville, FL 32601-3416<br><br>*Attorney for Objectors Leonard and MaryAnn Masiowski, Michael J. and Babette Rinis, and Michael J. Rinis IRA* | |
| Hung G. Ta<br>Hung G. Ta, Esq. PLLC<br>250 Park Avenue, 7th Floor<br>New York, NY 10177<br><br>*Attorney for Objectors AMP Capital Investors Limited, Colonial First State Investments Ltd, and H.E.S.T. Australia Ltd* | |
| Forrest S. Turkish<br>Law Office of Forrest S. Turkish<br>595 Broadway<br>Bayonne, NJ 07002<br><br>*Attorney for Objectors St. Stephen, Inc., Orloff Family Trust DTD 10/3/91, and Orloff Family Trust DTD 12/13/01* | |