USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-4-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE: BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE, AND
EMPLOYEE RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION

Master File No. 09 MD 2058 (PKC)

-----------------------------------------------------------x

ORDER

THIS DOCUMENT RELATES TO:

CONSOLIDATED DERIVATIVE ACTION
-----------------------------------------------------------x

CASTEL, District Judge:

        Consistent with today's hearing on the parties' motions for attorneys' fees (see transcript), the Clerk is directed to terminate the motions at docket numbers 809, 812, 813, 814 and 819.

        SO ORDERED.

                              P. Kevin Castel
                              United States District Judge

Dated: New York, New York
        April 4, 2013