```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE: BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE, AND
EMPLOYEE RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION

Master File No. 09 MD 2058 (PKC)

-----------------------------------------------------------x

ORDER

THIS DOCUMENT RELATES TO:

CONSOLIDATED SECURITIES ACTION

-----------------------------------------------------------x

CASTEL, District Judge:

Consistent with today's hearing on the motion for final approval of the class action settlement and motion for an attorneys' fees award (see transcript), the Clerk is directed to terminate the motions at docket numbers 825 and 827.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
April 5, 2013