# DEBEVOISE & PLIMPTON LLP

555 13th Street N.W.
Washington, D.C. 20004
Tel   202 383 8000
www.debevoise.com

Colby A. Smith
Partner
Tel   202 383 8095
Fax   202 383 9224
casmith@debevoise.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-13

April 29, 2013

Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**



### In Re Bank of America Corp. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Lit, Master File No. 09 MD 2058
### (this document relates to all actions)

### Withdrawal of Andrew J. Ceresney as Counsel for Kenneth D. Lewis

Dear Judge Castel:

I write to advise the Court that Andrew J. Ceresney has withdrawn as a partner of Debevoise & Plimpton LLP, the attorneys for Kenneth D. Lewis in these matters. As a result, I respectfully request your permission to have Andrew J. Ceresney's name removed as counsel for Mr. Lewis and removed from the Court's docket and ECF electronic mailing distribution lists. I understand that the Clerk's Office will not remove his name without Your Honor's permission.

I therefore respectfully request that you signify your approval of Mr. Ceresney's withdrawal by endorsing this letter so that the Clerk may modify and update the Court's records.

Thank you for your courtesy and assistance.

*Application granted. SO ORDERED. 4/30/13*

Respectfully submitted,

Colby A. Smith
*Counsel for Kenneth D. Lewis*

*By Federal Express*