UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE, AND
EMPLOYEE RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

CONSOLIDATED DERIVATIVE ACTION
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-13

Master File No. 09 MD 2058 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

The Court has received submissions from the law firms of Wolf Haldenstein Adler Freeman & Herz LLP, Chimicles & Tikellis LLP and Horwitz Horwitz & Paradis LLP. The Court will hear counsel on June 13, 2013 at 11 a.m. concerning the apparent dispute over the allotment of attorneys' fees between and among counsel.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 10, 2013