```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE, AND
EMPLOYEE RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

CONSOLIDATED DERIVATIVE ACTION
------------------------------------------------------------x

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

09 MD 2058 (PKC) (KNF)

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

Specific Non-Dispositive Motion/Dispute:

___ Discovery Dispute.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

Inquest After Default/Damages Hearing

Consent under 28 U.S.C. §636(c) for all purposes (including trial)

Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

Social Security

Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: ____

==========================================================

* Referral is limited to the dispute between certain counsel as to allotment of attorneys' fees.

**SO ORDERED.**

/s/ P. Kevin Castel
Hon. P. Kevin Castel
United States District Judge

DATED:   New York, New York
         May 10, 2013