From: James Dunlap

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 - 31 - 13

**Law Offices**
**James A. Dunlap Jr. & Associates LLC**

**MEMO ENDORSED**

310 Windsor Gate Cove NE
Atlanta, Georgia 30342

Phone: (404) 354-2363
Fax: (404) 745-0195

E-mail:
jim@jamesdunlaplaw.com

May 29, 2013

*The rights of all persons claiming entitlement to the attorneys' fee award will be adjudicated. Any particular claimant is free to attend or not as they chose.*

VIA FAX AND U.S. MAIL

The Honorable Judge P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *In re Bank of America Corp. Securities, Derivative, and ERISA Litigation*
        Consolidated Derivative Action
        Case No. 09 MD 2058 (PKC)
        Attorney Fee Dispute/Case Documents No. 900 and 901

*ORDERED [signature] USDJ 5-29-13*

Dear Judge Castel:

My name is James Dunlap. My firm, along with Evangelista & Associates LLC, and Page Perry LLC (hereinafter "the Atlanta firms"), represented Ann B. Houx in both the above-captioned case and the Bank of America Delaware derivative action.

Paul Paradis of Horowitz, Horowitz & Paradis LLP has informed me there is a pending fee dispute between Wolf Haldenstein Adler Freeman & Herz LLP, Chimicles & Tikellis LLP and Horwitz Horwitz & Paradis LLP. The Court has scheduled a hearing on this dispute on June 13, 2013. [Doc. 900]. Mr. Paradis has represented to me that the dispute does not involve any of the Atlanta firms.

Therefore, I understand that the Atlanta firms are not involved in this dispute. The Atlanta firms do not take a position in the dispute and do not intend on attending the June 13 hearing unless the Court directs or suggests otherwise. However, the Atlanta firms' share of the fee award already has been agreed to by all firms in the litigation and we have asked Plaintiffs' counsel to be paid. A copy of the fee agreement by and among Plaintiffs' counsel is attached as Exhibit A. Therefore, I would respectfully ask the Court to direct Plaintiffs' counsel to disburse the Atlanta firms' share of the fee award to my Trust account as per the agreement by and among Plaintiffs' counsel.

Please advise if the Court would like a representative of the Atlanta firms to attend the June 13 hearing or if there is any other assistance we may provide the Court. Thank you.

Sincerely,
James A. Dunlap Jr. & Associates LLC

James A. Dunlap Jr.
Georgia State Bar No. 003280

JAD/jd
cc:

HORWITZ, HORWITZ & PARADIS,
ATTORNEYS AT LAW
Paul O. Paradis
Michael A. Schwartz
570 Seventh Avenue, 20th Floor
New York, NY 10018

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Peter Harrar
270 Madison Avenue
New York, NY 10016

CHIMICLES & TIKELLIS LLP
Robert J. Kriner, Jr.
222 Delaware Avenue, Suite 1100
P.O. Box 1035
Wilmington, DE 19899

EVANGELISTA & ASSOCIATES LLC
James A. Evangelista, Esq.
400 Colony Square
1201 Peachtree Street, NE  Suite 900
Atlanta, Georgia 30361