UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA CORP. SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION | Master File No. 09 MDL 2058 (PKC)<br><br>Related File No. 11 Civ. 7779 (PKC) |
| This document relates to:<br>Schwab S&P 500 Index Fund, et al. v. Bank of America Corp., et al., No. 11 Civ. 7779 | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12-5-13 |

### STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

The undersigned parties hereby stipulate and agree that all claims asserted by Schwab S&P 500 Index Fund, Schwab 1000 Fund, Schwab Institutional Select S&P 500 Fund, Schwab Dividend Equity Fund, Schwab Core Equity Fund, Schwab Premier Equity Fund, Schwab Fundamental US Large Company Index Fund, Schwab Total Stock Market Index Fund, Schwab Financial Services Fund, Schwab S&P 500 Index Portfolio, Schwab MarketTrack Growth Portfolio, Schwab MarketTrack Balanced Portfolio, Schwab Investments, and/or Schwab Capital Trust, against Bank of America Corporation, Merrill Lynch & Co., Inc., Kenneth D. Lewis, Joe L. Price, Neil A. Cotty, and/or John A. Thain are dismissed in their entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), and without costs.

Dated: New York, New York  
December 4, 2013

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Daniel J. Kramer

Brad S. Karp  
Daniel J. Kramer  
Audra J. Soloway

1285 Avenue of the Americas  
New York, NY 10019-6064  
(212) 373-3000  
dkramer@paulweiss.com

*Counsel for Defendants Bank of America Corporation, Kenneth D. Lewis, Joe L. Price, and Neil A. Cotty*

--AND--

CLEARY GOTTLIEB STEEN & HAMILTON, LLP

Lewis J. Liman

One Liberty Plaza  
New York, NY 10006  
(212) 225-2000  
lliman@cgsh.com

*Counsel for Defendants Bank of America Corporation, Kenneth D. Lewis, Joe L. Price, and Neil A. Cotty*

--AND--

DEBEVOISE & PLIMPTON, LLP

Colby A. Smith

919 Third Avenue, 31st Floor  
New York, NY 10022  
(202) 383-8000  
casmith@debevoise.com

*Counsel for Defendant Kenneth D. Lewis*

--AND--

BAKER BOTTS LLP

Bradford Berry
William H. Jeffress, Jr.
Julia E. Guttman

The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-7700
brad.berry@bakerbotts.com

*Counsel for Defendant Joe L. Price*

SHEARMAN & STERLING LLP

By: _____
Adam S. Hakki

599 Lexington Avenue
New York, NY 10022
(212) 848-4000
ahakki@shearman.com

*Counsel for Defendant Merrill Lynch & Co., Inc.*

O'MELVENY & MYERS LLP

By:_____
Andrew J. Frackman

7 Times Square
New York, NY 10036
(212) 326-2000
afrackman@omm.com

*Counsel for Defendant John A. Thain*

BAKER BOTTS LLP

    Bradford Berry
    William H. Jeffress, Jr.
    Julia E. Guttman

    The Warner
    1299 Pennsylvania Avenue, NW
    Washington, DC 20004
    (202) 639-7700
    brad.berry@bakerbotts.com

*Counsel for Defendant Joe L. Price*


SHEARMAN & STERLING LLP

By:_____
    Adam S. Hakki

    599 Lexington Avenue
    New York, NY 10022
    (212) 848-4000
    ahakki@shearman.com

*Counsel for Defendant Merrill Lynch & Co., Inc.*


O'MELVENY & MYERS LLP

By:_____
    Andrew J. Frackman

    7 Times Square
    New York, NY 10036
    (212) 326-2000
    afrackman@omm.com

*Counsel for Defendant John A. Thain*

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By: _____
Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi

250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9592
sfineman@lchb.com

*Counsel for Plaintiffs Schwab S&P 500 Index Fund, Schwab 1000 Fund, Schwab Institutional Select S&P 500 Fund, Schwab Dividend Equity Fund, Schwab Core Equity Fund, Schwab Premier Equity Fund, Schwab Fundamental US Large Company Index Fund, Schwab Total Stock Market Index Fund, Schwab Financial Services Fund, Schwab S&P 500 Index Portfolio, Schwab MarketTrack Growth Portfolio, Schwab MarketTrack Balanced Portfolio, Schwab Investments, and Schwab Capital Trust*

CHARLES SCHWAB & CO., INC.

By: _____
      Lowell Haky

211 Main Street
San Francisco, CA 94105
(415) 667-0622

*Counsel for Plaintiffs Schwab S&P 500 Index Fund, Schwab 1000 Fund, Schwab Institutional Select S&P 500 Fund, Schwab Dividend Equity Fund, Schwab Core Equity Fund, Schwab Premier Equity Fund, Schwab Fundamental US Large Company Index Fund, Schwab Total Stock Market Index Fund, Schwab Financial Services Fund, Schwab S&P 500 Index Portfolio, Schwab MarketTrack Growth Portfolio, Schwab MarketTrack Balanced Portfolio, Schwab Investments, and Schwab Capital Trust*

12-5-13
Dated

SO ORDERED.

_____
Hon. P. Kevin Castel
United States District Judge