```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES N. DORNFEST,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORP., et al.,<br><br>Defendants. | 09 MDL 2058 (PKC)<br><br>10 CV 275 (PKC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Charles N. Dornfest hereby voluntarily dismisses this action with prejudice, and without costs or disbursements as to any party.

Dated: December 10, 2013

BRAGAR, EAGEL & SQUIRE, P.C.

By: _____
Jeffrey H. Squire
Raymond A. Bragar
Lawrence P. Eagel
885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (212) 308-5858
Fax: (212) 486-0462
Email: Squire@bespc.com
Bragar@bespc.com
Eagel@bespc.com
*Counsel for Plaintiff Charles N. Dornfest*

SO ORDERED
USDJ
12-10-13