UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE: BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE, AND
EMPLOYEE RETIREMENT INCOME                    Master File No. 09 MD 2058 (PKC)
SECURITY ACT (ERISA) LITIGATION
-----------------------------------------------------------x          ORDER
THIS DOCUMENT RELATES TO:
CONSOLIDATED SECURITIES ACTION
-----------------------------------------------------------x

CASTEL, District Judge:

   The Court has reviewed the submissions of Flanagan, Lieberman, Hoffman &

Swaim (the "Flanagan Firm") and of Lead Counsel for the plaintiffs' through the lens of the

decision of the Court of Appeals and this Court's Memorandum and Order of May 6, 2016. The

undersigned has endeavored to satisfy the "may require more" standard by requiring certain

supplemental submissions.  Flanagan, Lieberman, Hoffman & Swaim v. Ohio Pub. Employees

Ret. Sys., 814 F.3d 652, 659-60 (2d Cir. 2016) (citation omitted). (The Court's reviewing "role

may require more where, as here, no natural party may step forward seeking to rebut a

presumption of correctness or argue against a fee allocation.")  Those supplemental submissions

have been reviewed.

   Attorneys' fees in the amount of $5,710,628.25 and reimbursement of expenses of

$12,843.28 are now approved for payment to the Flanagan Firm by Lead Counsel from the

Reserve portion of the Settlement Fund.

   SO ORDERED.

              _____
                P. Kevin Castel
             United States District Judge

Dated:  New York, New York
   June 14, 2016