# EXHIBIT B



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/8/2017 | 22311 |
| PERIOD START | THROUGH DATE |
| 2/1/2015 | 4/30/2015 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

**Project Name:** **In re Bank of America Corp. Securities Derivative & ERISA Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Handling, sorting, prepping and scanning all incoming mail | 31.7 Hrs. | | $1,446.37 |
| (Includes 25% Discount) | | | |
| Document Storage - Paper (per box/per month) | 5,205 | $1.50 | $7,807.50 |
| Document Storage - Electronic (per img./record per month) | 33,531,265 | $0.002 | $67,062.53 |
| **Claim Validation** | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | 52 | $4.50 | $234.00 |
| **Contact Services** | | | |
| IVR (per minute) | 17,040 | $0.39 | $6,645.60 |
| Monthly maintenance charge | 3 | $100.00 | $300.00 |
| Handling of class member communications | 666.6 Hrs. | | $53,933.60 |
| **Project Management** | 386.2 Hrs. | | $59,787.50 |
| • Oversight and coordination of the claim processing teams; including updates to processing procedures based on acceptable documentation and treatment of claims that contain multiple submission<br>• Reviewing claim determination objections and coordinating resulting communication<br>• Reviewing disputed claims and coordinating outreach<br>• Preparation of Final Affidavit | | | |
| **Systems Support** | 28.7 Hrs. | | $4,759.00 |
| • Handle database updates and revisions<br>• National Change of Address searches and updates to mailing records | | | |
| **Quality Assurance** | 191.6 Hrs. | | $40,245.00 |
| • Review claims processing for accuracy and anomalies<br>• Various audits of submitted claims<br>• Disputed claim auditing and review | | | |
| **Total Fees** | | | **$242,221.10** |
| **Total Project Expenses (See Exhibit A)** | | | **$1,336.40** |
| **Sub Total** | | | **$243,557.50** |
| Less Estimate for Initial Distribution | | | ($1,742,102.31) |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| <u>Fees</u> | | | | |
| **Grand Total** | | | | **($1,498,544.81)** |



**EXHIBIT A**

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Feb 01, 2015 through Apr 30, 2015 | | |
| NCOA Address Search | | $59.74 |
| Postage | | $26.76 |
| PACER Charges | | $1.20 |
| P. O. Box Rental/Renewal | | $1,240.00 |
| Copy Charges | | $8.70 |
| **Total** | | **$1,336.40** |

| **Please Remit To :** |
|---|

Garden City Group, LLC
1985 Marcus Avenue, Suite 200     -Or-
Lake Success, NY 11042

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A /C # - 1501168781
Tax ID # - 58-0506554
Swift Code - SIGNUS33

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/8/2017 | 22312 |
| **PERIOD START** | **THROUGH DATE** |
| 5/1/2015 | 7/31/2015 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

| **Project Name:** | **In re Bank of America Corp. Securities Derivative & ERISA Litigation** | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Notice Dissemination** | | | | |
| Printing of Postcard Notice | | 12,889 | $0.10 | $1,288.90 |
| Summary Notice Publication (GCG's commissions, if any, are included in these fees) | | | | $40,074.85 |
| *PRNewswire* | | | | |
| *The New York Times* | | | | |
| *The Wall Street Journal* | | | | |
| *Financial Times* | | | | |
| **Imaging, Document Management & Storage** | | | | |
| Handling, sorting, prepping and scanning all incoming mail | | 190.7 Hrs. | | $10,731.37 |
| (Includes 25% Discount) | | | | |
| Document Storage - Paper (per box/per month) | | 5,211 | $1.50 | $7,816.50 |
| Document Storage - Electronic (per img./record per month) | | 33,553,605 | $0.002 | $67,107.21 |
| **Claim Validation** | | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | | 20 | $4.50 | $90.00 |
| **Contact Services** | | | | |
| IVR (per minute) | | 73,848 | $0.39 | $28,800.72 |
| Monthly maintenance charge | | 3 | $100.00 | $300.00 |
| Handling of class member communications | | 2,436.5 Hrs. | | $194,822.30 |
| **Website Services** | | | | |
| Website updates | | 2.2 Hrs. | | $275.00 |
| **Distribution Services** | | | | |
| Printing of checks | | 384,253 | $0.95 | $365,040.35 |
| Check reissues | | 23,963 | $1.95 | $46,727.85 |
| Handling undeliverable checks | | 17,468 | $5.00 | $87,340.00 |
| **Project Management** | | 588.4 Hrs. | | $87,642.00 |
| • Distribution and post-distribution tasks including issuance of payment; handling claimant communications; creation of FAQs; issuance of replacement checks | | | | |
| • Management of banking services, including account reconciliation, review of sample payments and coordination with the issuing bank | | | | |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| <u>**Fees**</u> | | | | |
| **Systems Support** | | 94.7 Hrs. | | $15,836.00 |
| • Create payment files for distribution<br>• Handle database updates and revisions<br>• National Change of Address searches and updates to mailing records | | | | |
| **Quality Assurance** | | 429.4 Hrs. | | $81,561.00 |
| • Review of check and wire payments and replacement requests | | | | |
| **Total Fees** | | | | **$1,035,454.05** |
| **Total Project Expenses (See Exhibit A)** | | | | **$199,877.72** |
| **Sub Total** | | | | **$1,235,331.77** |
| Less Remaining Estimate | | | | ($1,498,544.81) |
| **Grand Total** | | | | **($263,213.04)** |



**EXHIBIT A**

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: May 01, 2015 through Jul 31, 2015 | | |
| Postage | | $192,047.68 |
| FedEx, Messenger & Shipping | | $827.28 |
| Copy Charges | | $1,036.10 |
| Travel and Conference | | $5,966.66 |
| **Total** | | **$199,877.72** |

| **Please Remit To :** | | |
|---|---|---|
| Garden City Group, LLC<br>1985 Marcus Avenue, Suite 200<br>Lake Success, NY 11042 | -Or- | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA #  - 026013576<br>A /C # - 1501168781<br>Tax ID # - 58-0506554<br>Swift Code - SIGNUS33 |



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/8/2017 | 22313 |
| **PERIOD START** | **THROUGH DATE** |
| 8/1/2015 | 10/31/2015 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

**Project Name:    In re Bank of America Corp. Securities Derivative & ERISA Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| <u>**Fees**</u> | | | |
| **Imaging, Document Management & Storage** | | | |
| Handling, sorting, prepping and scanning all incoming mail | 165.2 Hrs. | | $9,470.25 |
| (Includes 25% Discount) | | | |
| Document Storage - Paper (per box/per month) | 5,232 | $1.50 | $7,848.00 |
| Document Storage - Electronic (per img./record per month) | 33,627,474 | $0.002 | $67,254.95 |
| **Claim Validation** | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | 3,260 | $4.50 | $14,670.00 |
| **Contact Services** | | | |
| IVR (per minute) | 55,243 | $0.39 | $21,544.77 |
| Monthly maintenance charge | 3 | $100.00 | $300.00 |
| Handling of class member communications | 2,306 Hrs. | | $195,993.80 |
| **Distribution Services** | | | |
| Printing of checks | 182 | $0.95 | $172.90 |
| Check reissues | 5,041 | $1.95 | $9,829.95 |
| Handling undeliverable checks | 1,257 | $5.00 | $6,285.00 |
| **Project Management** | 573.6 Hrs. | | $89,740.00 |
| • Post-distribution tasks including issuance of replacement payments and handling claimant communications<br>• Management of banking services, including account reconciliation and reissue handling<br>• Reviewing disputed claims and coordinating outreach | | | |
| **Systems Support** | 160.2 Hrs. | | $20,106.00 |
| • Create payment files for reissues<br>• Handle database updates and revisions<br>• National Change of Address searches and updates to mailing records | | | |
| **Quality Assurance** | 102.2 Hrs. | | $17,924.00 |
| • Review of check and wire payments and replacement requests | | | |
| **Total Fees** | | | **$461,139.62** |
| **Total Project Expenses (See Exhibit A)** | | | **$3,349.97** |
| **Sub Total** | | | **$464,489.59** |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| Less Remaining Estimate | | | ($263,213.04) |
| **Grand Total** | | | **$201,276.55** |



# EXHIBIT A

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Aug 01, 2015 through Oct 31, 2015 | | |
| NCOA Address Search | | $12.84 |
| Postage | | $2,750.32 |
| FedEx, Messenger & Shipping | | $292.06 |
| P. O. Box Rental/Renewal | | ($107.25) |
| Copy Charges | | $402.00 |
| **Total** | | **$3,349.97** |

| **Please Remit To :** |
|---|

Garden City Group, LLC
1985 Marcus Avenue, Suite 200          -Or-
Lake Success, NY 11042

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A /C # - 1501168781
Tax ID # - 58-0506554
Swift Code - SIGNUS33

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/8/2017 | 22314 |
| **PERIOD START** | **THROUGH DATE** |
| 11/1/2015 | 1/31/2016 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

**Project Name:      In re Bank of America Corp. Securities Derivative & ERISA Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **<u>Fees</u>** | | | |
| **Imaging, Document Management & Storage** | | | |
| Handling, sorting, prepping and scanning all incoming mail | 62.3 Hrs. | | $3,318.00 |
| (Includes 25% Discount) | | | |
| Document Storage - Paper (per box/per month) | 5,244 | $1.50 | $7,866.00 |
| Document Storage - Electronic (per img./record per month) | 33,668,041 | $0.002 | $67,336.08 |
| **Claim Validation** | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | 8,086 | $4.50 | $36,387.00 |
| **Contact Services** | | | |
| IVR (per minute) | 15,720 | $0.39 | $6,130.80 |
| Monthly maintenance charge | 3 | $100.00 | $300.00 |
| Handling of class member communications | 1,043.2 Hrs. | | $93,267.20 |
| **Distribution Services** | | | |
| Printing of checks | 30 | $0.95 | $28.50 |
| Check reissues | 8,160 | $1.95 | $15,912.00 |
| Handling undeliverable checks | 881 | $5.00 | $4,405.00 |
| **Project Management** | 258.9 Hrs. | | $39,113.50 |
| • Post-distribution tasks including issuance of replacement payments and handling claimant communications<br>• Management of banking services, including account reconciliation and reissue handling<br>• Reviewing disputed claims and coordinating outreach | | | |
| **Systems Support** | 55 Hrs. | | $7,922.00 |
| • Create payment files for reissues<br>• Handle database updates and revisions<br>• National Change of Address searches and updates to mailing records | | | |
| **Quality Assurance** | 67.4 Hrs. | | $11,909.00 |
| • Quality assurance review of check and wire payments and replacement requests<br>• Various audits of submitted claims<br>• Disputed claim auditing and review | | | |
| **Total Fees** | | | **$293,895.08** |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| <u>Fees</u> | | | | |
| **Total Project Expenses (See Exhibit A)** | | | | **$3,574.57** |
| **Sub Total** | | | | **$297,469.65** |
| Outstanding Balance Prior Invoice #22313 | | | | $201,276.55 |
| **Grand Total** | | | | **$498,746.20** |



# EXHIBIT A

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Nov 01, 2015 through Jan 31, 2016 | | |
| NCOA Address Search | | $5.43 |
| Postage | | $3,352.58 |
| FedEx, Messenger & Shipping | | $173.26 |
| Copy Charges | | $43.30 |
| **Total** | | **$3,574.57** |

| **Please Remit To :** |
|---|

Garden City Group, LLC
1985 Marcus Avenue, Suite 200           -Or-
Lake Success, NY 11042

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA #  - 026013576
A /C # - 1501168781
Tax ID # - 58-0506554
Swift Code - SIGNUS33



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/8/2017 | 22315 |
| **PERIOD START** | **THROUGH DATE** |
| 2/1/2016 | 4/30/2016 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

**Project Name:** **In re Bank of America Corp. Securities Derivative & ERISA Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **<u>Fees</u>** | | | |
| **Imaging, Document Management & Storage** | | | |
| Handling, sorting, prepping and scanning all incoming mail | 72.1 Hrs. | | $3,073.87 |
| (Includes 25% Discount) | | | |
| Document Storage - Paper (per box/per month) | 5,249 | $1.50 | $7,873.50 |
| Document Storage - Electronic (per img./record per month) | 33,702,379 | $0.002 | $67,404.76 |
| **Claim Validation** | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | 16 | $4.50 | $72.00 |
| **Contact Services** | | | |
| IVR (per minute) | 18,213 | $0.39 | $7,103.07 |
| Monthly maintenance charge | 3 | $100.00 | $300.00 |
| Handling of class member communications | 1,070 Hrs. | | $92,235.60 |
| **Distribution Services** | | | |
| Printing of checks | 30 | $0.95 | $28.50 |
| Check reissues | 9,075 | $1.95 | $17,696.25 |
| Handling undeliverable checks | 616 | $5.00 | $3,080.00 |
| **Project Management** | 217.4 Hrs. | | $23,993.00 |
| • Post-distribution tasks including issuance of replacement payments and handling claimant communications | | | |
| • Management of banking services, including account reconciliation and reissue handling | | | |
| • Reviewing disputed claims and coordinating outreach | | | |
| **Systems Support** | 38.4 Hrs. | | $5,765.00 |
| • Create payment files for reissues | | | |
| • Handle database updates and revisions | | | |
| • National Change of Address searches and updates to mailing records | | | |
| **Quality Assurance** | 64.2 Hrs. | | $11,416.50 |
| • Quality assurance review of check and wire payments and replacement requests | | | |
| • Various audits of submitted claims | | | |
| • Disputed claim auditing and review | | | |
| **Total Fees** | | | **$240,042.05** |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Total Project Expenses (See Exhibit A)** | | | **$5,975.94** |
| **Sub Total** | | | **$246,017.99** |
| Outstanding Balance Prior Invoice #22313 | | | $201,276.55 |
| Outstanding Balance Prior Invoice #22314 | | | $297,469.65 |
| **Grand Total** | | | **$744,764.19** |



# EXHIBIT A

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Feb 01, 2016 through Apr 30, 2016 | | |
| Postage | | $4,550.17 |
| FedEx, Messenger & Shipping | | $81.29 |
| P. O. Box Rental/Renewal | | $1,332.00 |
| Copy Charges | | $0.60 |
| Working Meals and Transportation | | $11.88 |
| **Total** | | **$5,975.94** |

**Please Remit To :**

Garden City Group, LLC
1985 Marcus Avenue, Suite 200          -Or-
Lake Success, NY 11042

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A /C # - 1501168781
Tax ID # - 58-0506554
Swift Code - SIGNUS33



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/8/2017 | 22316 |
| **PERIOD START** | **THROUGH DATE** |
| 5/1/2016 | 7/31/2016 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

**Project Name:**   In re Bank of America Corp. Securities Derivative & ERISA Litigation

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **<u>Fees</u>** | | | |
| **Imaging, Document Management & Storage** | | | |
| Handling, sorting, prepping and scanning all incoming mail (Includes 25% Discount) | 34.2 Hrs. | | $1,511.25 |
| Document Storage - Paper (per box/per month) | 5,252 | $1.50 | $7,878.00 |
| Document Storage - Electronic (per img./record per month) | 33,716,043 | $0.002 | $67,432.09 |
| **Claim Validation** | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | 1,049 | $4.50 | $4,720.50 |
| **Contact Services** | | | |
| IVR (per minute) | 7,154 | $0.39 | $2,790.06 |
| Monthly maintenance charge | 3 | $100.00 | $300.00 |
| Handling of class member communications | 668.8 Hrs. | | $57,903.40 |
| **Distribution Services** | | | |
| Printing of checks | 14 | $0.95 | $13.30 |
| Check reissues | 511 | $1.95 | $996.45 |
| Handling undeliverable checks | 730 | $5.00 | $3,650.00 |
| **Project Management** | 273.9 Hrs. | | $33,717.50 |
| • Post-distribution tasks including issuance of replacement payments and handling claimant communications<br>• Management of banking services, including account reconciliation and reissue handling<br>• Reviewing disputed claims and coordinating outreach | | | |
| **Systems Support** | 32.1 Hrs. | | $4,350.00 |
| • Create payment files for reissues<br>• Handle database updates and revisions<br>• National Change of Address searches and updates to mailing records | | | |
| **Quality Assurance** | 71 Hrs. | | $13,078.50 |
| • Quality assurance review of check and wire payments and replacement requests | | | |
| **Total Fees** | | | **$198,341.05** |
| **Total Project Expenses (See Exhibit A)** | | | **$393.42** |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| <u>**Fees**</u> | | | |
| **Sub Total** | | | **$198,734.47** |
| Outstanding Balance Prior Invoice #22313 | | | $201,276.55 |
| Outstanding Balance Prior Invoice #22314 | | | $297,469.65 |
| Outstanding Balance Prior Invoice #22315 | | | $246,017.99 |
| **Grand Total** | | | **$943,498.66** |



# EXHIBIT A

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: May 01, 2016 through Jul 31, 2016 | | |
| Postage | | $261.66 |
| FedEx, Messenger & Shipping | | $119.40 |
| Copy Charges | | $2.10 |
| Working Meals and Transportation | | $10.26 |
| **Total** | | **$393.42** |

| Please Remit To : |
|---|

Garden City Group, LLC
1985 Marcus Avenue, Suite 200          -Or-
Lake Success, NY 11042

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA #  - 026013576
A /C # - 1501168781
Tax ID # - 58-0506554
Swift Code - SIGNUS33



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/8/2017 | 22317 |
| **PERIOD START** | **THROUGH DATE** |
| 8/1/2016 | 10/31/2016 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

**Project Name:** In re Bank of America Corp. Securities Derivative & ERISA Litigation

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Handling, sorting, prepping and scanning all incoming mail | 14 Hrs. | | $568.12 |
| (Includes 25% Discount) | | | |
| Document Storage - Paper (per box/per month) | 5,253 | $1.50 | $7,879.50 |
| Document Storage - Electronic (per img./record per month) | 33,719,198 | $0.002 | $67,438.40 |
| **Claim Validation** | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | 8 | $4.50 | $36.00 |
| **Contact Services** | | | |
| IVR (per minute) | 6,293 | $0.39 | $2,454.27 |
| Monthly maintenance charge | 3 | $100.00 | $300.00 |
| Handling of class member communications | 364.5 Hrs. | | $31,911.70 |
| **Distribution Services** | | | |
| Check reissues | 62 | $1.95 | $120.90 |
| Handling undeliverable checks | 11 | $5.00 | $55.00 |
| **Project Management** <br> • Post-distribution tasks including issuance of replacement payments and handling claimant communications <br> • Management of banking services, including account reconciliation and reissue handling <br> • Affidavit preparation | 358.2 Hrs. | | $46,965.00 |
| **Systems Support** <br> • Create payment files for reissues <br> • Handle database updates and revisions <br> • National Change of Address searches and updates to mailing records | 30.8 Hrs. | | $3,681.00 |
| **Quality Assurance** <br> • Quality assurance review of check and wire payments and replacement requests | 49.1 Hrs. | | $11,686.50 |
| **Total Fees** | | | **$173,096.39** |
| **Total Project Expenses (See Exhibit A)** | | | **$143.55** |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| <u>**Fees**</u> | | | |
| **Sub Total** | | | **$173,239.94** |
| Outstanding Balance Prior Invoice #22313 | | | $201,276.55 |
| Outstanding Balance Prior Invoice #22314 | | | $297,469.65 |
| Outstanding Balance Prior Invoice #22315 | | | $246,017.99 |
| Outstanding Balance Prior Invoice #22316 | | | $198,734.47 |
| **Grand Total** | | | **$1,116,738.60** |



EXHIBIT A

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Aug 01, 2016 through Oct 31, 2016 | | |
| Postage | | $69.70 |
| FedEx, Messenger & Shipping | | $62.49 |
| Copy Charges | | $1.10 |
| Working Meals and Transportation | | $10.26 |
| **Total** | | **$143.55** |

| Please Remit To : |
|---|

Garden City Group, LLC
1985 Marcus Avenue, Suite 200          -Or-
Lake Success, NY 11042

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA #  - 026013576
A /C # - 1501168781
Tax ID # - 58-0506554
Swift Code - SIGNUS33

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/8/2017 | 22318 |
| **PERIOD START** | **THROUGH DATE** |
| 11/1/2016 | 1/31/2017 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

**Project Name:    In re Bank of America Corp. Securities Derivative & ERISA Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| <u>**Fees**</u> | | | |
| **Imaging, Document Management & Storage** | | | |
| Handling, sorting, prepping and scanning all incoming mail | 14.6 Hrs. | | $575.25 |
| (Includes 25% Discount) | | | |
| Document Storage - Paper (per box/per month) | 5,253 | $1.50 | $7,879.50 |
| Document Storage - Electronic (per img./record per month) | 33,733,003 | $0.002 | $67,466.01 |
| **Claim Validation** | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | 890 | $4.50 | $4,005.00 |
| **Contact Services** | | | |
| IVR (per minute) | 4,339 | $0.39 | $1,692.21 |
| Monthly maintenance charge | 3 | $100.00 | $300.00 |
| Handling of class member communications | 173.5 Hrs. | | $13,651.90 |
| **Distribution Services** | | | |
| Printing of checks | 293 | $0.95 | $278.35 |
| Check reissues | 40 | $1.95 | $78.00 |
| Handling undeliverable checks | 18 | $5.00 | $90.00 |
| **Project Management** | 94.3 Hrs. | | $14,141.00 |
| • Post-distribution tasks including issuance of replacement payments and handling claimant communications<br>• Management of banking services, including account reconciliation and reissue handling<br>• Affidavit preparation<br>• Review and analysis of new and late claims for next distribution | | | |
| **Systems Support** | 14.3 Hrs. | | $2,023.00 |
| • Create payment files for reissues<br>• Handle database updates and revisions<br>• National Change of Address searches and updates to mailing records | | | |
| **Quality Assurance** | 13.4 Hrs. | | $3,110.00 |
| • Quality assurance review of check and wire payments and replacement requests<br>• Review of new and late claims for next distribution | | | |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| <u>Fees</u> | | | |
| **Total Fees** | | | **$115,290.22** |
| **Total Project Expenses (See Exhibit A)** | | | **$33,334.38** |
| **Sub Total** | | | **$148,624.60** |
| Outstanding Balance Prior Invoice #22313 | | | $201,276.55 |
| Outstanding Balance Prior Invoice #22314 | | | $297,469.65 |
| Outstanding Balance Prior Invoice #22315 | | | $246,017.99 |
| Outstanding Balance Prior Invoice #22316 | | | $198,734.47 |
| Outstanding Balance Prior Invoice #22317 | | | $173,239.94 |
| **Grand Total** | | | **$1,265,363.20** |



| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Nov 01, 2016 through Jan 31, 2017 | | |
| Broker Fees | | $33,134.50 |
| Postage | | $159.88 |
| FedEx, Messenger & Shipping | | $39.90 |
| Copy Charges | | $0.10 |
| **Total** | | **$33,334.38** |

| **Please Remit To :** |
|---|

Garden City Group, LLC              -Or-              Garden City Group, LLC
1985 Marcus Avenue, Suite 200                          Operating A/C
Lake Success, NY 11042                                 Signature Bank
                                                       1225 Franklin Avenue
                                                       Garden City, NY 11530

                                                       ABA #  - 026013576
                                                       A /C # - 1501168781
                                                       Tax ID # - 58-0506554
                                                       Swift Code - SIGNUS33



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/8/2017 | 22319 |
| **PERIOD START** | **THROUGH DATE** |
| 2/1/2017 | 4/30/2017 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

**Project Name:    In re Bank of America Corp. Securities Derivative & ERISA Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Handling, sorting, prepping and scanning all incoming mail | 13.2 Hrs. | | $516.75 |
| (Includes 25% Discount) | | | |
| Document Storage - Paper (per box/per month) | 5,225 | $1.50 | $7,837.50 |
| Document Storage - Electronic (per img./record per month) | 33,741,034 | $0.002 | $67,482.07 |
| **Claim Validation** | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | 144 | $4.50 | $648.00 |
| **Contact Services** | | | |
| IVR (per minute) | 3,391 | $0.39 | $1,322.49 |
| Monthly maintenance charge | 3 | $100.00 | $300.00 |
| Handling of class member communications | 201.3 Hrs. | | $16,152.40 |
| **Distribution Services** | | | |
| Printing of checks | 2 | $0.95 | $1.90 |
| Check reissues | 38 | $1.95 | $74.10 |
| Handling undeliverable checks | 10 | $5.00 | $50.00 |
| **Project Management** | 86.1 Hrs. | | $13,645.00 |
| • Post-distribution tasks including handling claimant communications | | | |
| • Management of banking services, including account reconciliation | | | |
| • Affidavit preparation | | | |
| • Review and analysis of new and late claims for next distribution | | | |
| **Systems Support** | 5.7 Hrs. | | $907.50 |
| • Handle database updates and revisions | | | |
| • National Change of Address searches and updates to mailing records | | | |
| **Quality Assurance** | 20.1 Hrs. | | $3,254.00 |
| • Review of new and late claims for next distribution | | | |
| **Total Fees** | | | **$112,191.71** |
| **Total Project Expenses (See Exhibit A)** | | | **$1,448.53** |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| <u>Fees</u> | | | |
| **Sub Total** | | | **$113,640.24** |
| Outstanding Balance Prior Invoice #22313 | | | $201,276.55 |
| Outstanding Balance Prior Invoice #22314 | | | $297,469.65 |
| Outstanding Balance Prior Invoice #22315 | | | $246,017.99 |
| Outstanding Balance Prior Invoice #22316 | | | $198,734.47 |
| Outstanding Balance Prior Invoice #22317 | | | $173,239.94 |
| Outstanding Balance Prior Invoice #22318 | | | $148,624.60 |
| **Grand Total** | | | **$1,379,003.44** |



| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Feb 01, 2017 through Apr 30, 2017 | | |
| Disposal of Files | | $60.00 |
| Postage | | $70.59 |
| Stationery & Supplies | | $6.67 |
| P. O. Box Rental/Renewal | | $1,300.00 |
| Copy Charges | | $1.10 |
| Working Meals and Transportation | | $10.17 |
| **Total** | | **$1,448.53** |

**Please Remit To :**

Garden City Group, LLC
1985 Marcus Avenue, Suite 200          -Or-
Lake Success, NY 11042

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA #  - 026013576
A /C # - 1501168781
Tax ID # - 58-0506554
Swift Code - SIGNUS33



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/14/2017 | 22353 |
| **PERIOD START** | **THROUGH DATE** |
| 5/1/2017 | 5/31/2017 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

**Project Name:    In re Bank of America Corp. Securities Derivative & ERISA Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **<u>Fees</u>** | | | |
| **Imaging, Document Management & Storage** | | | |
| Handling, sorting, prepping and scanning all incoming mail (Includes 25% Discount) | 6.3 Hrs. | | $235.87 |
| Document Storage - Paper (per box/per month) | 1,736 | $1.50 | $2,604.00 |
| Document Storage - Electronic (per img./record per month) | 11,247,687 | $0.002 | $22,495.37 |
| **Claim Validation** | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | 2 | $4.50 | $9.00 |
| **Contact Services** | | | |
| IVR (per minute) | 960 | $0.39 | $374.40 |
| Monthly maintenance charge | 1 | $100.00 | $100.00 |
| Handling of class member communications | 109.8 Hrs. | | $9,843.90 |
| **Distribution Services** | | | |
| Check reissues | 14 | $1.95 | $27.30 |
| **Project Management**<br>• Post-distribution tasks including handling claimant communications<br>• Management of banking services, including account reconciliation<br>• Affidavit preparation<br>• Review and analysis of new and late claims for next distribution | 22.1 Hrs. | | $3,561.00 |
| **Systems Support**<br>• Handle database updates and revisions<br>• National Change of Address searches and updates to mailing records | 3.7 Hrs. | | $407.00 |
| **Quality Assurance**<br>• Review of new and late claims for next distribution | 0.9 Hrs. | | $132.50 |
| **Total Fees** | | | **$39,790.34** |
| **Total Project Expenses (See Exhibit A)** | | | **$48.62** |
| **Sub Total** | | | **$39,838.96** |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | |
|---|---|---|---|

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **<u>Fees</u>** | | | |
| Outstanding Balance Prior Invoice #22313 | | | $201,276.55 |
| Outstanding Balance Prior Invoice #22314 | | | $297,469.65 |
| Outstanding Balance Prior Invoice #22315 | | | $246,017.99 |
| Outstanding Balance Prior Invoice #22316 | | | $198,734.47 |
| Outstanding Balance Prior Invoice #22317 | | | $173,239.94 |
| Outstanding Balance Prior Invoice #22318 | | | $148,624.60 |
| Outstanding Balance Prior Invoice #22319 | | | $113,640.24 |
| **Grand Total** | | | **$1,418,842.40** |



**EXHIBIT A**

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: May 01, 2017 through May 31, 2017 | | |
| Postage | | $10.12 |
| PACER Charges | | $31.30 |
| Copy Charges | | $7.20 |
| **Total** | | **$48.62** |

| **Please Remit To :** | |
|---|---|
| Garden City Group, LLC<br>1985 Marcus Avenue, Suite 200      -Or-<br>Lake Success, NY 11042 | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA #  - 026013576<br>A /C # - 1501168781<br>Tax ID # - 58-0506554<br>Swift Code - SIGNUS33 |



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|:---:|:---:|
| 8/14/2017 | 22604 |
| **PERIOD START** | **THROUGH DATE** |
| 6/1/2017 | 7/31/2017 |

Rochelle Feder Hansen, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

**Project Name:**   In re Bank of America Corp. Securities Derivative & ERISA Litigation

| Description | Quantity | Rate | Amount |
|:---|:---:|:---:|:---:|
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Handling, sorting, prepping and scanning all incoming mail | 5.7 Hrs. | | $196.12 |
| (Includes 25% Discount) | | | |
| Document Storage - Paper (per box/per month) | 3,472 | $1.50 | $5,208.00 |
| Document Storage - Electronic (per img./record per month) | 22,495,700 | $0.002 | $44,991.40 |
| **Claim Validation** | | | |
| Process Claims (500,001 - 750,000 @ $4.50 per claim) | 5 | $4.50 | $22.50 |
| **Contact Services** | | | |
| IVR (per minute) | 1,610 | $0.39 | $627.90 |
| Monthly maintenance charge | 2 | $100.00 | $200.00 |
| Handling of class member communications | 152.9 Hrs. | | $13,233.70 |
| **Distribution Services** | | | |
| Check reissues | 22 | $1.95 | $42.90 |
| Handling undeliverable checks | 2 | $5.00 | $10.00 |
| **Project Management** | 40.9 Hrs. | | $6,033.00 |
| • Post-distribution tasks including handling claimant communications | | | |
| • Management of banking services, including account reconciliation | | | |
| • Affidavit preparation | | | |
| • Review and analysis of new and late claims for next distribution | | | |
| **Systems Support** | 4.8 Hrs. | | $717.00 |
| • Handle database updates and revisions | | | |
| • National Change of Address searches and updates to mailing records | | | |
| **Quality Assurance** | 12.5 Hrs. | | $1,837.50 |
| • Review of new and late claims for next distribution | | | |
| **Total Fees** | | | **$73,120.02** |
| **Total Project Expenses (See Exhibit A)** | | | **$23.50** |
| **Sub Total** | | | **$73,143.52** |
| Estimate for 2nd Distribution (See Exhibit B) | | | $1,106,161.67 |
| **Sub Total** | | | **$1,179,305.19** |



# INVOICE

| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| <u>**Fees**</u> | | | |
| Outstanding Balance Prior Invoice #22313 | | | $201,276.55 |
| Outstanding Balance Prior Invoice #22314 | | | $297,469.65 |
| Outstanding Balance Prior Invoice #22315 | | | $246,017.99 |
| Outstanding Balance Prior Invoice #22316 | | | $198,734.47 |
| Outstanding Balance Prior Invoice #22317 | | | $173,239.94 |
| Outstanding Balance Prior Invoice #22318 | | | $148,624.60 |
| Outstanding Balance Prior Invoice #22319 | | | $113,640.24 |
| Outstanding Balance Prior Invoice #22353 | | | $39,838.96 |
| **Grand Total** | | | **$2,598,147.59** |



| Project Name: | In re Bank of America Corp. Securities Derivative & ERISA Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Jun 01, 2017 through Jul 31, 2017 | | |
| Postage | | $11.96 |
| FedEx, Messenger & Shipping | | $11.44 |
| Copy Charges | | $0.10 |
| **Total** | | **$23.50** |

**Please Remit To :**

Garden City Group, LLC
1985 Marcus Avenue, Suite 200          -Or-
Lake Success, NY 11042

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA #  - 026013576
A /C # - 1501168781
Tax ID # - 58-0506554
Swift Code - SIGNUS33

# EXHIBIT B

## IN RE BANK OF AMERICA CORP. SECURITIES DERIVATIVE &
## ESTIMATE OF FEES AND EXPENSES FOR 2ND DISTRIBUTION
## AS OF AUGUST 1, 2017

**I.** Check Distribution- Fees

| | |
|---|---|
| Payments 258,000 @ $0.95 | $245,100.00 |
| Project Management | $26,250.00 |
| Quality Assurance | $22,500.00 |
| Systems Support | $15,000.00 |
| Banking Services | $6,250.00 |
| *Subtotal of Check Distribution Fees* | $315,100.00 |

Check Distribution- Expenses

| | |
|---|---|
| Postage for 192,042 checks | $94,100.58 |
| *Subtotal of Check Distribution Expenses* | $94,100.58 |
| *Subtotal of Check Distribution Fees & Expenses* | **$409,200.58** |

**II.** Post-Distribution Work- Fees (Assumes 12 months)

| | |
|---|---|
| Reissue Checks 13,440 @ $1.95 | $26,208.00 |
| Handle Undeliverable checks 5,760 @ $5.00 | $28,800.00 |
| In-bound Claimant Correspondence | |
| ~IVR Minutes 90,000 minutes @ $0.39 per minute | $35,100.00 |
| ~Monthly Maintenance Charge ($100 per month) | $1,200.00 |
| ~Handle escalated incoming calls, emails & written correspondence | $225,000.00 |
| Project Management | $33,750.00 |
| Quality Assurance | $15,000.00 |
| Systems Support | $7,500.00 |
| Banking Services | $15,625.00 |
| *Subtotal of Post-Distribution Work Fees* | $388,183.00 |

Post-Distribution Work- Expenses

| | |
|---|---|
| Postage | $6,585.60 |
| FedEx, Copies, Line Charges | $1,000.00 |
| *Subtotal of Post-Distribution Work Expenses* | $7,585.60 |
| *Subtotal of Post-Distribution Work Fees & Expenses* | **$395,768.60** |

**III.** Ancillary Services- Fees

| | |
|---|---|
| Paper Storage, 1,736 boxes @ $1.50 per box per month for 12 months | $31,248.00 |
| Electronic Storage- 11,247,687 @ $0.002 per image/record per month for 12 months | $269,944.49 |
| *Subtotal of Ancillary Fees* | $301,192.49 |
| *Subtotal of Ancillary Fees* | **$301,192.49** |

| | |
|---|---|
| **GRAND TOTAL FEES AND EXPENSES:** | **$1,106,161.67** |